# EXHIBIT 1



=== 268043117 02 011

JEFFREY B COHEN
CRYSTAL COHEN
2419 LONG RIDGE RD

REISTERSTOWN                MD   21136-5680





Δ π EXHIBIT 3
Deponent Cohen
Date 5/20 Rptr. CS
WWW.DEPOBOOK.COM



=== 268043117 02 011

JEFFREY B COHEN
CRYSTAL COHEN
2419 LONG RIDGE RD

REISTERSTOWN          MD    21136-5680



Dear Valued Client:

We are pleased to present you with a renewal of your ACE Platinum Portfolio® personal insurance program — a program designed to handle the complex risks you face when you have substantial assets. Our unique "portfolio" approach of offering home, auto, valuables, watercraft, and umbrella liability coverage in one policy package makes handling those risks simple and efficient, while also providing superior levels of protection specifically suited to your lifestyle.

To keep your coverage up to date during the year, be sure to call your agent when any of the following changes occur.

- Call when you are planning to build additions or make other significant improvements to your home to make sure that you remain adequately protected.

- Call when you acquire valuable items such as jewelry, fine art and antiques. You may want to put them under Valuables coverage as scheduled property. Compared to Home coverage, our Valuables coverage is broader and carries no deductibles. So if you lose a ring or break a precious piece of china, the loss is covered from the first dollar.

- Call if you have not reviewed your Umbrella coverage within the past year, especially if you employ domestic staff or serve as a board member or trustee of a not-for-profit organization. Your current limit may be putting a substantial portion of your net worth at risk.

- If a loss occurs, call your agent as quickly as possible for advice about making a claim. You can also call us directly 24 hours a day at 800-945-7461.

We encourage you to visit www.aceprs.com. The site includes a Policyholder Center where you can register for secure access to view information about your policy, billing status, and claims. The site also includes a Safety Programs section with ideas for better protecting your family and assets and a Learning Center with ideas for maximizing the value of your insurance program.

As a loyal client, you have a perspective that is important to us. Let us know how we're doing and how we could improve our service to you. You can email me at BobC@acegroup.com.

Thank you for continuing with our ACE Platinum Portfolio program. You can rest assured in our commitment to keeping your life simple, family safe and wealth secure.

Best regards,

Bob Courtemanche
Division President
ACE Private Risk Services

P.S., If you have questions about your policy, your independent agent or broker will be happy to assist. For your convenience, we've listed your agent's contact information below.

INSURANCE INCORPORATED

2 PARK CENTER CT

OWINGS MILLS     MD   21117-4295
Telephone: (410) 753-1900

Note: Any coverage descriptions are general summaries only; the policies contain the actual terms and conditions.



ACE Platinum Portfolio

## SIGNATURES

| Named Insured JEFFREY B COHEN | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol | Policy Number 268043117 | Policy Period 11/30/2012 **to** 11/30/2013 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) BANKERS STANDARD INSURANCE COMPANY | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract.

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**BANKERS STANDARD FIRE AND MARINE COMPANY** (A stock company)
**BANKERS STANDARD INSURANCE COMPANY** (A stock company)
**ACE AMERICAN INSURANCE COMPANY** (A stock company)
**ACE PROPERTY AND CASUALTY INSURANCE COMPANY** (A stock company)
**INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**PACIFIC EMPLOYERS INSURANCE COMPANY** (A stock company)
**ACE FIRE UNDERWRITERS INSURANCE COMPANY** (A stock company)
**WESTCHESTER FIRE INSURANCE COMPANY** (A stock company)

436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

CARMINE A. GIGANTI, Secretary

JOHN J. LUPICA, President

_____
Authorized Representative

CC-1K11g (01/11)


## ACE INA Privacy Statement
### ACE01-0208

The ACE INA group of companies strongly believes in maintaining the privacy of information we collect about individuals. We want you to understand how and why we use and disclose the collected information. The following provides details of our practices and procedures for protecting the security of nonpublic personal information that we have collected about individuals. This privacy statement applies to policies underwritten by the ACE INA group member companies listed below.

### INFORMATION WE COLLECT

The information we collect will vary depending on the type of product or service individuals seek or purchase, and may include:

- Information we receive from individuals, such as their name, address, age, phone number, social security number, assets, income, or beneficiaries;

- Information about individuals' transactions with us, with our affiliates, or with others, such as policy coverage, premium, payment history, motor vehicle records; and

- Information we receive from a consumer reporting agency, such as a credit history.

### INFORMATION WE DISCLOSE

We do not disclose any personal information to anyone except as is necessary in order to provide our products or services to a person, or otherwise as we are required or permitted by law.

We may disclose any of the information that we collect to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements.

### THE RIGHT TO VERIFY THE ACCURACY OF INFORMATION WE COLLECT

Keeping information accurate and up to date is important to us. Individuals may see and correct their personal information that we collect except for information relating to a claim or a criminal or civil proceeding.

### CONFIDENTIALITY AND SECURITY

We restrict access to personal information to our employees, our affiliates' employees, or others who need to know that information to service the account or in the course of conducting our normal business operations. We maintain physical, electronic, and procedural safeguards to protect personal information.

## CONTACTING US

If you have any questions about this privacy statement or would like to learn more about how we protect your privacy, please consult our web site, www.ace-ina.com, or write to us at ACE INA Customer Services, 436 Walnut Street, PO Box 1000, Philadelphia, PA 19106-3703. Please include your policy number on any correspondence with us.

ACE American Insurance Company
ACE Fire Underwriters Insurance Company
ACE Indemnity Insurance Company
ACE Insurance Company of the Midwest
ACE Property and Casualty Insurance Company
Atlantic Employers Insurance Company
Bankers Standard Fire and Marine Company
Bankers Standard Insurance Company
Century Indemnity Company
Illinois Union Insurance Company
Indemnity Insurance Company of North America
Insurance Company of North America
Pacific Employers Insurance Company
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance Company
ESIS, Inc.


## ACE Producer Compensation
## Practices & Policies

ACE believes that policyholders should have access to information about ACE's practices and policies related to the payment of compensation to brokers and independent agents. You can obtain that information by accessing our website at http://www.aceproducercompensation.com or by calling the following toll-free telephone number: 1-866-512-2862.

**POLICY NUMBER:** 268-04-31-17

## POLICY SUMMARY - RENEWAL
### 03/28/2013, 07/23/2013, 09/30/2013
Policy issued by **BANKERS STANDARD INSURANCE COMPANY** - an ACE Group Company.

| NAMED INSURED: | AGENT OR BROKER: |
|---|---|
| | INSURANCE INCORPORATED |
| JEFFREY B COHEN | |
| CRYSTAL COHEN | 2 PARK CENTER CT |
| 2419 LONG RIDGE RD | |
| | OWINGS MILLS         MD    21117-4295 |
| REISTERSTOWN         MD    21136-5680 | Telephone: (410) 753-1900 |
| | PRODUCER CODE: 15-9571 |

This package contains your Insurance Policy.  Your bill will be mailed under separate cover.

| COVERAGE | POLICY NUMBERS | EFFECTIVE DATES | | PREMIUMS |
|---|---|---|---|---|
| HOME | 268-04-31-17H | 11/30/2012 - | 11/30/2013 | $   8,948.00 |
| AUTO | 268-04-31-17A | 11/30/2012 - | 11/30/2013 | $  14,000.00 |
| UMBRELLA | 268-04-31-17U | 11/30/2012 - | 11/30/2013 | $   2,321.00 |
| VALUABLES | 268-04-31-17V | 11/30/2012 - | 11/30/2013 | $   6,192.00 |

**TOTAL ANNUAL POLICY PREMIUM**  $    31,461.00

12% PACKAGE CREDIT APPLIED TO MARYLAND LOCATION(S)

NOTE: $7.00 INSTALLMENT CHARGE IS ASSESSED PER INSTALLMENT BILLED

AS AUTHORIZED BY MARYLAND LAW, THE COMPANY CONSIDERS CLAIMS HISTORY FOR PURPOSES OF CANCELING OR REFUSING TO RENEW COVERAGE.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION





# NOTICE OF RENEWAL PREMIUM
## BANKERS STANDARD INSURANCE COMPANY

| COVERAGE | POLICY NUMBERS | EFFECTIVE DATES | | PREMIUMS | |
|---|---|---|---|---|---|
| | | | | NEW TERM | EXPIRING TERM |
| HOME | 268-04-31-17H | 11/30/2012 - | 11/30/2013 | $ 8,948.00 | $ 9,958.00 |
| AUTO | 268-04-31-17A | 11/30/2012 - | 11/30/2013 | $ 14,000.00 | $ 7,146.00 |
| UMBRELLA | 268-04-31-17U | 11/30/2012 - | 11/30/2013 | $ 2,321.00 | $ 2,745.00 |
| VALUABLES | 268-04-31-17V | 11/30/2012 - | 11/30/2013 | $ 6,192.00 | $ 6,021.00 |



**POLICY NUMBER: 268-04-31-17H**                                      H 0209

# HOME DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY** - an ACE Group Company.

| NAMED INSURED: | AGENT OR BROKER: |
|---|---|
| JEFFREY B COHEN<br>CRYSTAL COHEN<br>2419 LONG RIDGE RD | INSURANCE INCORPORATED<br><br>2 PARK CENTER CT |
| REISTERSTOWN          MD    21136-5680 | OWINGS MILLS          MD    21117-4295<br>Telephone: (410) 753-1900 |

**Policy Period From:** 11/30/2012      **To:** 11/30/2013      12:01 A.M. standard time at the principal residence

THIS DECLARATIONS PAGE WITH THE HOME POLICY CONTRACT AND ANY HOME ENDORSEMENTS
COMPLETES YOUR RENEWAL POLICY.

## COVERED LOCATIONS

| LOCATION   1 | LOCATION   2 |
|---|---|
| 2419 LONG RIDGE RD | 2947 HUDSON ST |
| REISTERSTOWN          MD 21136-5680 | BALTIMORE          MD 21224-4839 |
| 1 FAMILY FRAME     DWELLING<br>BUILT IN 2005  PRIMARY<br>COUNTY    BALTIMORE<br>TERRITORY 053<br>PROTECTION CLASS 006 | 1 FAMILY MASONRY     DWELLING<br>BUILT IN 2005  TENANT<br>COUNTY    BALTIMORE (CITY)<br>TERRITORY 052<br>PROTECTION CLASS 002 |

| COVERAGE DESCRIPTION LIMITS | LOCATION   1 | LOCATION   2 |
|---|---|---|
| DWELLING | 1,855,000 | 1,277,000 |
| OTHER STRUCTURES | 371,000 | 0 |
| PERSONAL PROPERTY | 1,299,000 | 69,000 |
| LOSS OF USE | INCLUDED | INCLUDED |
| PERSONAL LIABILITY | 300,000 | 300,000 |
| MEDICAL EXPENSES | 50,000 | 50,000 |
| DEDUCTIBLE | 5,000 | 5,000 |

**TOTAL ANNUAL HOME PREMIUM**      $8,948.00



**POLICY NUMBER: 268-04-31-17H**

H 0209

| PREMIUMS | LOCATION 1 | LOCATION 2 |
|---|---|---|
| LOCATION PREMIUM | 2362.00 | 2761.00 |
| OPTIONAL COVERAGES | 234.00 | |
| TOTAL LOCATION PREMIUM | $2596.00 | $2761.00 |

| DISCOUNT INFORMATION | LOCATION 1 | LOCATION 2 |
|---|---|---|
| LOSS PREVENTION CREDIT - TOTAL % | 15% | |
| CENTRAL STATION BURGLAR ALARM | X | |
| CENTRAL STATION FIRE ALARM | X | |
| NEW HOME CREDIT | 8% | 8% |
| VALUABLES CREDIT | 8% | 8% |

**MORTGAGEE**

| LOCATION 1 | LOCATION 2 |
|---|---|
| BANK OF AMERICA | BANK OF AMERICA |
| ISAOA ATIMA | ISAOA ATIMA |
| PO BOX 961291 | PO BOX 961291 |
| FORT WORTH    TX 76161-0291 | FORT WORTH    TX 76161-0291 |

**COVERED LOCATIONS**

LOCATION 3
1 COOPER FIELD CT

PHOENIX        MD 21131-1311

1 FAMILY FRAME     DWELLING
BUILT IN 1997 SECONDARY
COUNTY    BALTIMORE
TERRITORY 054
PROTECTION CLASS 006

| COVERAGE DESCRIPTION LIMITS | LOCATION 3 |
|---|---|
| DWELLING | 3,693,000 |
| OTHER STRUCTURES | 369,000 |
| PERSONAL PROPERTY | 1,846,000 |
| LOSS OF USE | INCLUDED |
| PERSONAL LIABILITY | 300,000 |
| MEDICAL EXPENSES | 50,000 |
| DEDUCTIBLE | 10,000 |



**POLICY NUMBER: 268-04-31-17H**                                        H 0209

| PREMIUMS | LOCATION   3 |
|---|---|
| LOCATION PREMIUM | 3591.00 |
| TOTAL LOCATION PREMIUM | $3591.00 |

| DISCOUNT INFORMATION | LOCATION   3 |
|---|---|
| **LOSS PREVENTION CREDIT - TOTAL %** | **17%** |
|    CENTRAL STATION BURGLAR ALARM | X |
|    CENTRAL STATION FIRE ALARM | X |
|    LIGHTNING PROTECTION SYSTEM | X |
| **VALUABLES CREDIT** | **8%** |

### MORTGAGEE

**LOCATION   3**
SUSQUEHANNA BANK ISAOA ATIMA
C-O MGA HAZARD TRACKING, INC.
PO BOX 8396

RESTON        VA 20195-2296

LOAN NUMBER 1256093

### OPTIONAL COVERAGES

**PROPERTY REMEDIATION AND LIMITED LIABILITY COVERAGES FOR ESCAPED LIQUID FUEL**
LOCATION  1
LOCATION  2
LOCATION  3

POLLUTION LIABILITY COVERAGE

| COVERAGE | RCN | BASIC LIMITS | INCREASED LIMITS | TOTAL |
|---|---|---|---|---|
| AGGREGATE LIQUID FUEL REM | | $10,000 | | $10,000 |
| AGGREGATE LIQUID FUEL LIAB | | $50,000 | | $50,000 |

| | LOC  1 | LOC  2 | LOC  3 |
|---|---|---|---|
| **FLOOD COVERAGE** | | | |
|   DWELLING | $250,000 | NO COVERAGE | NO COVERAGE |
|   PERSONAL PROPERTY | $100,000 | NO COVERAGE | NO COVERAGE |
|   DEDUCTIBLE | $5,000 | NO COVERAGE | NO COVERAGE |

**POLICY NUMBER: 268-04-31-17H**                                      H 0209

**POLICY FORMS AND ENDORSEMENTS**

LOCATION   1

| | | |
|---|---|---|
| * | ACE01-0208 | ACE INA PRIVACY STATEMENT |
| * | ACE24-0711 | RENEWAL BUSINESS NOTICE |
| * | ALL-20887-1006 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | CC-1K11G-0111 | SIGNATURES |
| * | HOME ACE-0109 | HOME CONTRACT |
| * | HOME464 ACE-0109 | ESCAPED LIQUID FUEL COVERAGE |
| * | HOME467 ACE-0109 | CHEMICAL HAZARDS EXCLUSION |
| * | HOME469 ACE-0209 | HOME DEDUCTIBLE RESERVE |
| * | HOME481 ACE-0109 | FLOOD COVERAGE |
| * | HOME545 ACE-0111 | MARYLAND HOME ENDORSEMENT |
| * | HOME547 ACE-0911 | ANNUAL STATEMENT OF HOMEOWNERS COVERAGES |

LOCATION   2

| | | |
|---|---|---|
| * | ACE01-0208 | ACE INA PRIVACY STATEMENT |
| * | ACE24-0711 | RENEWAL BUSINESS NOTICE |
| * | ALL-20887-1006 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | CC-1K11G-0111 | SIGNATURES |
| * | HOME ACE-0109 | HOME CONTRACT |
| * | HOME464 ACE-0109 | ESCAPED LIQUID FUEL COVERAGE |
| * | HOME467 ACE-0109 | CHEMICAL HAZARDS EXCLUSION |
| * | HOME469 ACE-0209 | HOME DEDUCTIBLE RESERVE |
| * | HOME545 ACE-0111 | MARYLAND HOME ENDORSEMENT |
| * | HOME547 ACE-0911 | ANNUAL STATEMENT OF HOMEOWNERS COVERAGES |

LOCATION   3

| | | |
|---|---|---|
| * | ACE01-0208 | ACE INA PRIVACY STATEMENT |
| * | ACE24-0711 | RENEWAL BUSINESS NOTICE |
| * | ALL-20887-1006 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | CC-1K11G-0111 | SIGNATURES |
| * | HOME ACE-0109 | HOME CONTRACT |
| * | HOME464 ACE-0109 | ESCAPED LIQUID FUEL COVERAGE |



**POLICY NUMBER: 268-04-31-17H**                                          H 0209

## POLICY FORMS AND ENDORSEMENTS

LOCATION   3

| | | |
|---|---|---|
| * | HOME467 ACE-0109 | CHEMICAL HAZARDS EXCLUSION |
| * | HOME469 ACE-0209 | HOME DEDUCTIBLE RESERVE |
| * | HOME545 ACE-0111 | MARYLAND HOME ENDORSEMENT |
| * | HOME547 ACE-0911 | ANNUAL STATEMENT OF HOMEOWNERS COVERAGES |

* DENOTES COPY OF FORM ATTACHED

## ADDITIONAL POLICY INFORMATION

**INFLATION INCREASE NOTICE**

LOCATION   1
AN INCREASE HAS BEEN APPLIED TO THE AMOUNT OF INSURANCE ON YOUR HOME.  THIS
INCREASE IS BASED ON CONSTRUCTION COST CHANGES AND GENERAL INFLATION IN
YOUR SECTION OF THE COUNTRY.  IF YOU HAVE ANY QUESTIONS ON THIS CHANGE,
PLEASE CONTACT YOUR AGENT OR BROKER.

LOCATION   2
N INCREASE HAS BEEN APPLIED TO THE AMOUNT OF INSURANCE ON YOUR HOME.  THIS
INCREASE IS BASED ON CONSTRUCTION COST CHANGES AND GENERAL INFLATION IN
YOUR SECTION OF THE COUNTRY.  IF YOU HAVE ANY QUESTIONS ON THIS CHANGE,
PLEASE CONTACT YOUR AGENT OR BROKER.

LOCATION   3
AN INCREASE HAS BEEN APPLIED TO THE AMOUNT OF INSURANCE ON YOUR HOME.  THIS
INCREASE IS BASED ON CONSTRUCTION COST CHANGES AND GENERAL INFLATION IN
YOUR SECTION OF THE COUNTRY.  IF YOU HAVE ANY QUESTIONS ON THIS CHANGE,
PLEASE CONTACT YOUR AGENT OR BROKER.

**LOCATION   1 - THIS POLICY DOES PROVIDE COVERAGE FOR DAMAGE CAUSED BY FLOOD.**

**LOCATION   2 - THIS POLICY DOES NOT PROVIDE COVERAGE FOR DAMAGE CAUSED BY FLOOD.**

**LOCATION   3 - THIS POLICY DOES NOT PROVIDE COVERAGE FOR DAMAGE CAUSED BY FLOOD.**

**25% RENTAL SURCHARGE APPLIES**
    LOCATION   2

10/09/2013

**POLICY NUMBER: 268-04-31-17A**                                    A 0208

# AUTO DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY** - an ACE Group Company.

| NAMED INSURED: | AGENT OR BROKER: |
|---|---|
| JEFFREY B COHEN | INSURANCE INCORPORATED |
| CRYSTAL COHEN | |
| 2419 LONG RIDGE RD | 2 PARK CENTER CT |
| | |
| REISTERSTOWN    MD    21136-5680 | OWINGS MILLS    MD    21117-4295 |
| | Telephone: (410) 753-1900 |

**Policy Period From:** 11/30/2012    **To:** 11/30/2013        12:01 A.M. standard time

THIS DECLARATIONS PAGE WITH THE AUTO POLICY CONTRACT AND ANY AUTO ENDORSEMENTS
COMPLETES YOUR RENEWAL POLICY.

## COVERED VEHICLE DESCRIPTION

| VEH | YEAR | MAKE | MODEL | VIN | DEDUCTIBLE COMP | COLL |
|---|---|---|---|---|---|---|
| 2 | 2011 | BENTLEY | CONTINENTA | SCBCU7ZA8BC067861 | 1000 | 1000 |
| 3 | 2012 | INFINITI | G37 | JN1CV6FE0CM200056 | 1000 | 1000 |
| 4 | 2013 | MERCEDES B | GL450 | 4JGDF7CE1DA260340 | 1000 | 1000 |

## COVERAGE DESCRIPTION           COVERAGE LIMIT      PREMIUMS

COVERAGE IS PROVIDED WHERE A COVERAGE LIMIT OR PREMIUM IS SHOWN FOR THE COVERAGE

| COVERAGE DESCRIPTION | COVERAGE LIMIT | VEH 2 | VEH 3 | VEH 4 |
|---|---|---|---|---|
| LIABILITY | 500,000 | 1073.00 | 644.00 | 565.00 |
| UNINSURED/UNDERINSURED MOTORISTS | 500,000 | 250.00 | 250.00 | 250.00 |
| PERSONAL INJURY PROTECTION | | 93.00 | 56.00 | 49.00 |
| (SEE ADDITIONAL POLICY INFORMATION) | | | | |
| MEDICAL EXPENSES | 10,000 | 49.00 | 33.00 | 30.00 |
| COMPREHENSIVE - FULL GLASS | | 1522.00 | 311.00 | 198.00 |
| COLLISION | | 6067.00 | 939.00 | 644.00 |
| | | | | |
| OPTIONAL COVERAGES PREMIUM | | 856.00 | 47.00 | 74.00 |
| VEHICLE PREMIUM | | 9910.00 | 2280.00 | 1810.00 |

**TOTAL ANNUAL AUTO PREMIUM**         $14,000.00



**POLICY NUMBER: 268-04-31-17A**                                                                 A 0208

## RATING INFORMATION

| VEH | SYM | TERR | CLASS | COST NEW | USE | TYPE | BAND |
|-----|-----|------|-------|----------|-----|------|------|
| 2 | 98/98 | 010 | 887120 | 275,000 | PLEASURE | PRV PSGR | 06 |
| 3 | 63/63 | 010 | 887120 | | PLEASURE | PRV PSGR | 06 . |
| 4 | 54/56 | 010 | 887120 | | PLEASURE | PRV PSGR | 06 |

## DISCOUNT INFORMATION

| | VEH 2 | VEH 3 | VEH 4 |
|---|-------|-------|-------|
| ANTI-THEFT | 25% | 15% | 15% |
| PASSIVE RESTRAINT | 30% | 30% | 30% |
| ANTI-LOCK BRAKES | 5% | 5% | 5% |
| ACCOUNT CREDIT | 5% | 5% | 5% |
| VALUABLES CREDIT | 5% | 5% | 5% |
| ACCIDENT FREE CREDIT | 5% | 5% | 5% |
| EXCESS VEHICLE CREDIT | | 40% | |

## OPTIONAL COVERAGES

| | VEH 2 | VEH 3 | VEH 4 |
|---|-------|-------|-------|
| AGREED VALUE | | 47.00 | 74.00 |
| REPLACEMENT COST COVERAGE | YES | NO | NO |

## LIENHOLDER INFORMATION

VEHICLE   4
VALLEY MOTORS INC

9800 YORK RD

COCKEYSVILLE     MD 21030-4914

## DRIVER INFORMATION

| DRIVER NAME | DATE OF BIRTH | SEX | MARITAL STATUS | LICENSE STATE | VEH | PRIN/OCCASIONAL OPERATOR | LICENSE NUMBER |
|-------------|---------------|-----|----------------|---------------|-----|--------------------------|----------------|
| CRYSTAL | ********** | F | MARRIED | MD | 4 | PRINCIPAL | *************** |
| JEFFREY | ********** | M | SINGLE | FL | 2 | PRINCIPAL | *************** |

## VIOLATION POINTS

| DRIVER NAME | DATE OF VIOLATION | NUMBER OF POINTS |
|-------------|-------------------|------------------|
| JEFFREY | 01/13/2010 | 3 |
| JEFFREY | 09/13/2011 | 3 |
| JEFFREY | 03/26/2012 | 2 |
| JEFFREY | 12/02/2011 | 2 |



**POLICY NUMBER: 268-04-31-17A**                                                A 0208

MANDATORY FORMS FOR ALL VEHICLES

| | | |
|---|---|---|
| * | ACE01-0208 | ACE INA PRIVACY STATEMENT |
| * | ALL-20887-1006 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | AUTO ACE-0208 | AUTO POLICY CONTRACT |
| * | AUTO14 ACE-0208 | LOSS PAYABLE CLAUSE |
| * | AUTO45 ACE-0809 | RATING INFORMATION MARYLAND |
| * | AUTO47 ACE-1209 | MARYLAND AUTO ENDORSEMENT |
| * | AUTO80 ACE-0208 | MEXICAN COLLISION COVERAGE |
| * | AUTO81 ACE-0208 | MARYLAND - COLLISION COVERAGE FOR RENTAL CARS |
| * | CC-1K11G-0111 | SIGNATURES |

VEHICLE   2

| | | |
|---|---|---|
| * | AC5012 | ID CARD |
| * | ACE24-0711 | RENEWAL BUSINESS NOTICE |
| * | AUTO12 ACE-0208 | ADDITIONAL INTEREST |
| * | AUTO460 ACE-0911 | REPLACEMENT COST COVERAGE |
| * | AUTO48 ACE-0208 | MARYLAND PERSONAL INJURY COVERAGE |
| * | AUTO77 ACE-0208 | MARYLAND - NOTICE AND WAIVER OF PIP COVERAGE |
| * | AUTO78 ACE-0111 | MARYLAND - NOTICE AND WAIVER OF INCREASED UMC |
| * | AUTO82 ACE-0208 | AUTO DEDUCTIBLE RESERVE-COMPREHENSIVE COV |
| * | AUTO83 ACE-0208 | AUTO DEDUCTIBLE RESERVE-COLLISION COVERAGE |

VEHICLE   3

| | | |
|---|---|---|
| * | AC5012 | ID CARD |
| * | ACE150-0111 | POLICYHOLDER NOTICE |
| * | ACE24-0711 | RENEWAL BUSINESS NOTICE |
| * | AUTO22 ACE-0111 | AGREED VALUE COVERAGE |
| * | AUTO48 ACE-0208 | MARYLAND PERSONAL INJURY COVERAGE |
| * | AUTO77 ACE-0208 | MARYLAND - NOTICE AND WAIVER OF PIP COVERAGE |
| * | AUTO78 ACE-0111 | MARYLAND - NOTICE AND WAIVER OF INCREASED UMC |
| * | AUTO82 ACE-0208 | AUTO DEDUCTIBLE RESERVE-COMPREHENSIVE COV |
| * | AUTO83 ACE-0208 | AUTO DEDUCTIBLE RESERVE-COLLISION COVERAGE |

VEHICLE   4

| | | |
|---|---|---|
| * | AC5012 | ID CARD |
| * | ACE24-0711 | RENEWAL BUSINESS NOTICE |





**POLICY NUMBER: 268-04-31-17A**                                                    A 0208

## POLICY FORMS AND ENDORSEMENTS

VEHICLE   4

| | | |
|---|---|---|
| * | AUTO22 ACE-0111 | AGREED VALUE COVERAGE |
| * | AUTO48 ACE-0208 | MARYLAND PERSONAL INJURY COVERAGE |
| * | AUTO77 ACE-0208 | MARYLAND - NOTICE AND WAIVER OF PIP COVERAGE |
| * | AUTO78 ACE-0111 | MARYLAND - NOTICE AND WAIVER OF INCREASED UMC |
| * | AUTO82 ACE-0208 | AUTO DEDUCTIBLE RESERVE-COMPREHENSIVE COV |
| * | AUTO83 ACE-0208 | AUTO DEDUCTIBLE RESERVE-COLLISION COVERAGE |

* DENOTES COPY OF FORM ATTACHED

## ADDITIONAL POLICY INFORMATION

| DRIVER NAME | DATE FIRST LICENSED |
|---|---|
| JEFFREY | 06/12/1991 |
| CRYSTAL | 08/19/1997 |

ADDITIONAL INTEREST  OTHER

| VEHICLE   2 | VEHICLE   2 |
|---|---|
| IDG COMPANIES | INDEMNITY INSURANCE COMPANY |
| 950 RIDGEBROOK RD | 950 RIDGEBROOK RD |
| STE 1500 | STE 1500 |
| SPARKS GLENCO          MD 21152-9390 | SPARKS GLENCO          MD 21152-9390 |

**PERSONAL INJURY PROTECTION**
FULL COVERAGE - TOTAL AGGREGATE LIMIT $10000

**AGREED VALUE**

| VEH NUM | YEAR | MAKE | MODEL | PURCHASE DATE |
|---|---|---|---|---|
| 3 | 2012 | INFINITI | G37 | 04/27/2012 |

AGREED VALUE:      $44,450

| VEH NUM | YEAR | MAKE | MODEL | PURCHASE DATE |
|---|---|---|---|---|
| 4 | 2013 | MERCEDES B | GL450 | 07/22/2013 |

AGREED VALUE:      $66,575

10/09/2013

**POLICY NUMBER: 268-04-31-17U**                                                    U 0209

# UMBRELLA DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY** - an ACE Group Company.

| NAMED INSURED: | AGENT OR BROKER: |
|---|---|
| JEFFREY B COHEN<br>CRYSTAL COHEN<br>2419 LONG RIDGE RD | INSURANCE INCORPORATED<br><br>2 PARK CENTER CT |
| REISTERSTOWN          MD    21136-5680 | OWINGS MILLS          MD    21117-4295<br>Telephone: (410) 753-1900 |

**Policy Period From:** 11/30/2012     **To:** 11/30/2013          12:01 A.M. standard time at the principal residence

THIS DECLARATIONS PAGE WITH THE UMBRELLA POLICY CONTRACT AND ANY UMBRELLA ENDORSEMENTS COMPLETES YOUR RENEWAL POLICY.

| COVERAGE DESCRIPTION | COVERAGE LIMIT |
|---|---|
| PERSONAL UMBRELLA LIABILITY LIMIT PER OCCURRENCE | 10,000,000 |
| UNINSURED/UNDERINSURED COVERAGE LIMIT PER OCCURRENCE | 10,000,000 |

## SCHEDULE OF UNDERLYING INSURANCE

| EXPOSURE | CARRIER | POLICY NUMBER | LIABILITY LIMIT | UM/UIM COVERAGE |
|---|---|---|---|---|
| HOME LOCATION  1 | BANKERS STANDARD | 268-04-31-17H | 300,000 | |
| HOME LOCATION  2 | BANKERS STANDARD | 268-04-31-17H | 300,000 | |
| HOME LOCATION  3 | BANKERS STANDARD | 268-04-31-17H | 300,000 | |
| HOME LOCATION  4 | ACE INS CO OF THE MIDWEST | 268043116 | 300,000 | |
| AUTO VEH  1 | BANKERS STANDARD | 268-04-31-17A | 500,000 | YES |
| AUTO VEH  2 | BANKERS STANDARD | 268-04-31-17A | 500,000 | YES |
| AUTO VEH  3 | BANKERS STANDARD | 268-04-31-17A | 500,000 | YES |
| WATERCRAFT  1 | ACE AMERICAN | Y08878535 | 1,000,000 | |

## COVERED HOME LOCATIONS

| LOCATION    1 | LOCATION    2 |
|---|---|
| 2419 LONG RIDGE RD | 2947 HUDSON ST |
| REISTERSTOWN     MD 21136-5680<br>1 FAMILY DWELLING | BALTIMORE      MD 21224-4839<br>1 FAMILY DWELLING |

**TOTAL ANNUAL UMBRELLA PREMIUM**      $2,321.00

**POLICY NUMBER: 268-04-31-17U**                                                    U 0209

## COVERED HOME LOCATIONS

**LOCATION   3**
1 COOPER FIELD CT

PHOENIX         MD 21131-1311
1 FAMILY DWELLING

**LOCATION   4**
2422 DELMAR PL

FT. LAUDERDALE      FL 33301
1 FAMILY

## COVERED VEHICLE INFORMATION

| VEH | YEAR | MAKE | MODEL |
|-----|------|------|-------|
| 1 | 2011 | BENTLEY | CONTINENTA |
| 2 | 2012 | INFINITI | G37 |
| 3 | 2013 | MERCEDES B | GL450 |

## COVERED WATERCRAFT INFORMATION

| BOAT | YEAR | MODEL | HULL ID | LENGTH/HP | TYPE | MAX SPEED |
|------|------|-------|---------|-----------|------|-----------|
| 1 | 1999 | SUNSEEKER | | 48 FT/ 450 HP | OUTBOARD | 57 |

## DRIVER INFORMATION

| DRIVER NAME | DATE OF BIRTH | SEX | MARITAL STATUS | LICENSE NUMBER | LICENSE STATE |
|-------------|---------------|-----|----------------|----------------|---------------|
| JEFFREY | ********** | M | SINGLE | *************** | FL |
| CRYSTAL | ********** | F | MARRIED | *************** | MD |

## POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| * | ACE01-0208 | ACE INA PRIVACY STATEMENT |
| * | ACE24-0711 | RENEWAL BUSINESS NOTICE |
| * | ALL-20887-1006 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | CC-1K11G-0111 | SIGNATURES |
| * | UMBRELLA ACE-0109 | UMBRELLA POLICY CONTRACT |
| * | UMBRELLA408 ACE-0109 | UNINSURED/UNDERINSURED COVERAGE |
| * | UMBRELLA426 ACE-0109 | MARYLAND PERSONAL UMBRELLA ENDORSEMENT |

* DENOTES COPY OF FORM ATTACHED

**POLICY NUMBER: 268-04-31-17U**                                                    U 0209

**ADDITIONAL POLICY INFORMATION**

RATING TERRITORY 001

UMBRELLA UNDERLYING LIMITS CREDIT APPLIES TO ANY EXPOSURE, OTHER THAN
RECREATIONAL VEHICLES OR NON-OWNED AUTOS, COLLECTOR VEHICLES OR WATERCRAFTS,
WITH UNDERLYING LIMITS EQUAL TO OR GREATER THAN $500,000, OR IN THE CASE OF
AUTOMOBILE, EQUAL TO OR GREATER THAN $500,000 CSL OR $500,000/500,000/$25,000
SPLIT LIMITS.

10/09/2013

**POLICY NUMBER: 268-04-31-17V**

V 0208

## VALUABLES DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY** - an ACE Group Company.

| NAMED INSURED: | AGENT OR BROKER: |
|---|---|
| JEFFREY B COHEN | INSURANCE INCORPORATED |
| CRYSTAL COHEN | |
| 2419 LONG RIDGE RD | 2 PARK CENTER CT |
| | |
| REISTERSTOWN          MD    21136-5680 | OWINGS MILLS               MD   21117-4295 |
| | Telephone: (410) 753-1900 |

**Policy Period From:** 11/30/2012      **To:** 11/30/2013     12:01 A.M. standard time at the principal residence

THIS DECLARATIONS PAGE WITH THE VALUABLES POLICY CONTRACT AND ANY VALUABLES
ENDORSEMENTS COMPLETES YOUR RENEWAL POLICY.

### RISK LOCATIONS

**LOCATION 1**
2419 LONG RIDGE RD

REISTERSTOWN       MD 21136-5680

### SCHEDULED PERSONAL PROPERTY

**JEWELRY**

| Item | Description | In Vault | Limit |
|---|---|---|---|
| 1 | *** BLANKET COVERAGE *** | | 186,000 * |
| 2 | ONE CUSHION CUT DIAMOND ENGAGEMENT RING. CENTER STONE IN 4.64CT CUSHION CUT DIAMOND, H IN COLOR, VVS2 IN CLARITY. DIAMOND IS GIA CERTIFIED | | 210,950 |
| 3 | 18K W/G & DIA ETERNITY BAND DESIGNED BY CHRISTOPHER DESIGNS. BAND HAS 50 RD DIA, PRONG SET. TTL DIA WGT IS .27 CTW, COLOR I, CLARITY | | 1,420 |
| 4 | LADIES ROLEX DATEJUST OYSTER ROSE GOLD AND STAINLESS WATCH | | 8,000 |
| 5 | GENT'S ROLEX, 18KT YACHT MASTER II, SERIAL #M051383 | | 33,650 |
| 6 | ONE LADIES BLUE CEYLON SAPPHIRE 4.22CT OF AAA QUALITY CUSHION CUT STONE | | 5,950 |

**TOTAL ANNUAL VALUABLES PREMIUM**      $6,192.00



**POLICY NUMBER:  268-04-31-17V**

V 0208

**SCHEDULED PERSONAL PROPERTY**
**JEWELRY**

| Item | Description | In Vault | Limit |
|---|---|---|---|
| 7 | ONE LADIES PINK SAPPHIRE AND DIAMOND HANGING HUGGIES, 1.30CT & .90CT TWT OF ROUND BRILLIANT CUT AA QUALITY PINK SAPPHIRES AND .31CT TWT | | 6,585 |
| 8 | 3.36CT (7 STONES) OF EMERALD CUT DIAMONDS, D COLOR, VS1 CLARITY. ALL DIAMONDS ARE WELL CUT AND MATCHED. THE DIAMONDS ARE SET IN 14KT WHITE GOLD GALLERY STYLE WEDDING BAND | | 22,950 |
| 9 | ONE PAIR OF DIAMOND STUDS 2.01CT ROUND BRILLIANT H COLOR, SI2 CLARITY AND 2.02 G COLOR, SI2 CLARITY SET IN 14KT WHITE GOLD BASKET STYLE MOUNTING WITH ALPHA LOCK BACKS | | 41,500 |
| 10 | ONE (1) LADIES' EIGHTEEN KARAT (18K) WHITE GOLD AND DIAMOND TENNIS BRACELET. THE BRACELET CONTAINS EIGHTEEN (18) LARGER ROUND BRILLIANT CUT DIAMONDS ALTERNATED WITH THIRTY-SIX (36) SMALLER ONES ON EACH SIDE. THERE ARE FIFTY-FOUR (54) ROUND BRILLIANT CUT DIAMONDS IN A PRONG STYLE SETTING WITH A CURVE DESIGN ON THE SIDE PROFILE. THE TOTAL WEIGHT OF DIAMONDS IS 6.43 CARATS. SERIAL STYLE NUMBER IS 768440 AND INVENTORY STYLE NUMBER IS DBTEN04729. | | 17,385 |

*BLANKET COVERAGE APPLIES

TOTAL JEWELRY COVERAGE LIMIT        534,390

TOTAL JEWELRY PREMIUM        $5,221.00

**FINE ARTS LOCATION 1 TERRITORY 031**

| Item | Description | Limit |
|---|---|---|
| 1 | *** BLANKET COVERAGE *** | 10,000* |
| 2 | ORIGINAL OIL PAINTING BY KRUEGER - JACK | 2,500 |
| 3 | ORIGINAL OIL PAINTING BY KRUEGER - CLINT | 1,500 |
| 4 | ORIGINAL OIL PAINTING BY KRUEGER - JIMI | 8,500 |

ALL ITEMS ARE COVERED FOR BREAKAGE
*BLANKET COVERAGE APPLIES

TOTAL FINE ARTS LOCATION 1 COVERAGE LIMIT        22,500

TOTAL FINE ARTS LOCATION 1 PREMIUM        $30.00

**MUSICAL INSTRUMENTS**

| Item | Description | Type | Limit |
|---|---|---|---|
| 1 | *** BLANKET COVERAGE *** | NON-PROFESSIONAL | 150,000* |



**POLICY NUMBER: 268-04-31-17V**

V 0208

## SCHEDULED PERSONAL PROPERTY

*BLANKET COVERAGE APPLIES

| | |
|---|---|
| TOTAL MUSICAL INSTRUMENTS COVERAGE LIMIT | 150,000 |
| TOTAL MUSICAL INSTRUMENT PREMIUM | $439.00 |

**COLLECTIBLES**

| Item | Description | Limit |
|---|---|---|
| 1 | *** BLANKET COVERAGE *** | 150,000* |
| | *BLANKET COVERAGE APPLIES | |

| | |
|---|---|
| TOTAL COLLECTIBLES COVERAGE LIMIT | 150,000 |
| TOTAL COLLECTIBLES PREMIUM | $502.00 |
| **TOTAL VALUABLES LIMIT** | 856,890 |

## POLICY FORMS AND ENDORSEMENTS

MANDATORY FORMS FOR ALL VALUABLES

| | |
|---|---|
| * ACE01-0208 | ACE INA PRIVACY STATEMENT |
| * ALL-20887-1006 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * CC-1K11G-0111 | SIGNATURES |
| * VALUABLES ACE-0208 | VALUABLES POLICY CONTRACT |
| * VALUABLES23 ACE-0109 | CHEMICAL HAZARDS EXCLUSION |
| * VALUABLES5 ACE-0611 | VALUABLES ENDORSEMENT |

JEWELRY

| | |
|---|---|
| * ACE24-0711 | RENEWAL BUSINESS NOTICE |

FINE ARTS LOCATION 1

| | |
|---|---|
| * ACE24-0711 | RENEWAL BUSINESS NOTICE |

MUSICAL INSTRUMENTS

| | |
|---|---|
| * ACE24-0711 | RENEWAL BUSINESS NOTICE |

**POLICY NUMBER: 268-04-31-17V**                                          V 0208

**POLICY FORMS AND ENDORSEMENTS**

                                COLLECTIBLES

  *   ACE24-0711                   RENEWAL BUSINESS NOTICE

  * DENOTES COPY OF FORM ATTACHED

**ADDITIONAL POLICY INFORMATION**

**JEWELRY PREMIUM MODIFICATION DEBIT  10% APPLIES**

**LOSS PREVENTION CREDIT APPLIES**
           JEWELRY SCHEDULE - 10.0% *
           FINE ARTS LOCATION 1 -  5.0%
           MUSICAL INSTRUMENTS -  5.0%
           COLLECTIBLES -  5.0%


           *CREDIT DOES NOT APPLY TO JEWELRY IN VAULT

10/09/2013



## SIGNATURES

| Named Insured JEFFREY B COHEN | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol | Policy Number 268043117 | Policy Period 11/30/2012 **to** 11/30/2013 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) BANKERS STANDARD INSURANCE COMPANY | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract.

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**BANKERS STANDARD FIRE AND MARINE COMPANY** (A stock company)
**BANKERS STANDARD INSURANCE COMPANY** (A stock company)
**ACE AMERICAN INSURANCE COMPANY** (A stock company)
**ACE PROPERTY AND CASUALTY INSURANCE COMPANY** (A stock company)
**INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**PACIFIC EMPLOYERS INSURANCE COMPANY** (A stock company)
**ACE FIRE UNDERWRITERS INSURANCE COMPANY** (A stock company)
**WESTCHESTER FIRE INSURANCE COMPANY** (A stock company)

436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

CARMINE A. GIGANTI, Secretary

JOHN J. LUPICA, President

_____
Authorized Representative

CC-1K11g (01/11)



# THE ACE PLATINUM PORTFOLIO HOME POLICY

## QUICK REFERENCE

**BEGINNING ON PAGE**

AGREEMENT .................................................................................................................................... 2

DEFINITIONS .................................................................................................................................... 2

PART I - PROPERTY ........................................................................................................................ 4
    Property Coverages .................................................................................................................... 4
    Extra Benefits .............................................................................................................................. 6
    Property We Do Not Cover ........................................................................................................ 13
    Losses We Cover ...................................................................................................................... 14
    Property Conditions .................................................................................................................. 14
    Losses We Do Not Cover ......................................................................................................... 17

PART II - LIABILITY ........................................................................................................................ 22
    Liability Coverages .................................................................................................................... 22
    Extra Benefits ............................................................................................................................ 22
    Damages We Do Not Cover ...................................................................................................... 24
    Liability Conditions .................................................................................................................... 28

PART III - GENERAL CONDITIONS ............................................................................................... 29





---
### AGREEMENT
---

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

---
### DEFINITIONS
---

In this policy, *you* and *your* mean the person shown in the Declarations and the spouse if a resident of the same household. *We, us* and *our* mean the Company providing this insurance.

In addition, certain words and phrases are defined as follows:

1.  *Actual cash value* means the amount it would cost to repair or replace covered property with material of like kind and quality, subject to a deduction for depreciation, deterioration and obsolescence.

2.  *Bodily injury* means physical bodily harm, mental anguish, sickness or disease, including required care, loss of services and death that results.

3.  *Business* means a trade, profession, occupation or other activity, including farming operations, performed in exchange for money or other compensation, whether on a full-time, part-time or occasional basis. This also includes investment activity or any activity intended to realize a profit for either an *insured person* or others.

    However, *business* does not include:

    a.  Volunteer activities for which the only payment received is for expenses incurred to perform the activity;

    b.  Providing home day care services for which no compensation is received; or

    c.  Providing home day care services to a relative of an *insured person.*

4.  *Domestic employee* means an employee of an *insured person* or an employee leased to an *insured person* by a labor leasing firm, whose duties are related to the maintenance or use of the *residence premises,* including household or domestic services.

5.  *Family member* means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child under the age of 25.

6.  *Fungi* means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by *fungi.*

7.  *Incidental business* means:

    a.  A *business* activity, other than a farm operation, conducted by an *insured person* that:

        **(1)** Does not produce more than $15,000 in annual gross revenues;

        **(2)** Does not involve the employment of others subject to any workers' compensation, disability benefits, unemployment compensation or other similar laws; and

        **(3)** Conforms to local, state and federal laws.

        This provision **a.** includes a *residence premises* listed in the Declarations that you own and rent to others.

    b.  A farm operation conducted by an *insured person* on the *residence premises* that:

        **(1)** Is incidental to the use of the premises as your residence;

        **(2)** Does not produce more than:

            **(a)** $25,000 in annual gross revenues from agricultural operations; or

            **(b)** $50,000 in annual gross revenues from the raising or caring of animals and does not involve more than 25 sales transactions during the *policy period* or the sale of more than 50 animals during the *policy period;* and

        **(3)** Does not involve the employment of others for more than 1,500 hours per *policy period.*

8.  *Insured location* means:

    a.  The *residence premises;*

    b.  The part of any other premises, other structures and grounds used by you as a residence; and



    **(1)** Which is shown in the Declarations; or

    **(2)** Which is acquired by you during the *policy period* for your use as a residence;

**c.** Any premises used by you in connection with a residence described in **a.** and **b.** above;

**d.** Any part of a premises where an *insured person* is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an *insured person;*

**f.** Land owned by or rented to an *insured person* on which a one or two family dwelling is being built as a residence for an *insured person*;

**g.** Individual or family cemetery plots or burial vaults of an *insured person;* or

**h.** Any part of a premises occasionally rented to an *insured person* for other than *business* use.

**9.** *Insured person* means:

  **a.** You and residents of your household who are:

    **(1)** Your *family members*; or

    **(2)** Other persons under the age of 25 and in the care of any person described above;

  **b.** Under Part II, *insured person* also means:

    **(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft that are owned by you or any person included in **a.** above.

    *Insured person* does not mean a person or organization using or having custody of these animals or watercraft in the course of any business or without consent of the owner; or

    **(2)** With respect to any motor vehicle to which this policy applies:

      **(a)** Persons while engaged in your employ or that of any person included in **a.** above; or

      **(b)** Other persons using the vehicle on an *insured location* with your consent with respect to their legal responsibility arising out of its use.

**10.** *Medical expenses* means reasonable charges for:

  **a.** Medical, surgical, dental and professional nursing fees;

  **b.** Hospital and ambulance costs;

  **c.** X-ray and prosthetic device costs; and

  **d.** Funeral expenses;

incurred as a result of *bodily injury* sustained from an *occurrence.*

**11.** *Occurrence* means:

  **a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions, which occurs during the *policy period* and results in *bodily injury* or *property damage*; or

  **b.** An offense, including a series of related offenses, committed during the *policy period* and results in *personal injury.*

**12.** *Personal Injury* means injury arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** Wrongful entry or eviction;

  **d.** Defamation of character, libel or slander; or

  **e.** Invasion of privacy.

**13.** *Policy period* means the period of time this policy is in effect as shown in the Declarations, unless terminated by you or by us.  All coverages described in this policy apply only to losses or *occurrences* that take place while this policy is in effect.

**14.** *Property damage* means physical injury to, destruction of, or loss of use of tangible property.

**15.** *Replacement cost* means the amount it would cost to repair or replace covered property with material of like kind and quality.



16. *Residence premises* means:

    **a.** A one or two family dwelling, condominium, cooperative unit or apartment that you own or reside in; or

    **b.** That part of any other building where you reside;

    and which is shown as a location in the Declarations.

    *Residence premises* also includes other structures and grounds at that location.

17. *Total loss* occurs when the *residence premises* is completely destroyed, or when some portion of the *residence premises* remains intact, but the cost of replacing it to pre-loss condition exceeds the limit of insurance that applies to the covered property.

18. *Vacant* means a building devoid of personal property necessary to sustain normal occupancy. A *residence premises* being newly constructed or renovated is not considered *vacant*.

---

## PART I - PROPERTY

---

## PROPERTY COVERAGES

**1.   Residences**

    **a.** For Dwellings, we cover:

        **(1)** The dwelling on the *residence premises* shown in the Declarations, including structures attached to the dwelling; and

        **(2)** Materials and supplies located on or next to the *residence premises* used to construct, alter or repair the dwelling or other structures on the *residence premises*.

    **b.** For Condominiums and Cooperative Units, we cover:

        **(1)** The alterations, appliances, fixtures and improvements paid for or acquired at your expense which are part of the building contained within the *residence premises*;

        **(2)** Items of real property which pertain exclusively to the *residence premises;*

        **(3)** Real property which is your insurance responsibility under a corporation or association of property owners agreement or state law; and

        **(4)** Structures owned solely by you, other than the *residence premises*, at the location of the *residence premises*.

    The limit of insurance for **b.(1)** through **(4)** above is shown in the Declarations as Building Additions And Alterations.

    **c.** For Apartments, we cover:

        **(1)** The building improvements or installations acquired or made by you to that part of the *residence premises* used exclusively by you; and

        **(2)** Structures owned solely by you, other than the *residence premises*, at the location of the *residence premises*.

    The limit of insurance for **c.(1)** and **(2)** is shown in the Declarations as Building Additions And Alterations.

**2.   Other Structures**

    We cover other structures on the *residence premises* set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

**3.   Personal Property**

    **a.** We cover personal property owned or used by an *insured person* while it is anywhere in the world. At your request, we will also cover personal property owned by:

        **(1)** Others while the property is on the part of the *residence premises* occupied by an *insured person*; or





**(2)** A guest or a *domestic employee* while the property is in any residence occupied by an *insured person*.

**b. Special Limits Of Insurance**

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Personal Property limit.

**(1) Money And Precious Metals**

$2,500 for money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

**(2) Jewelry**

$10,000, not to exceed $5,000 per article, for jewelry that is stolen, misplaced or lost. This includes watches and precious or semi-precious stones, whether set or unset.

**(3) Furs**

$10,000, not to exceed $5,000 per article, for furs that are stolen, misplaced or lost.

**(4) Stamps And Coins**

$10,000 for collectible stamps, coins and medals. This limit does not apply if the collectible stamps, coins or medals are located in a bank vault or a bank safe deposit box.

**(5) Firearms**

$10,000, not to exceed $5,000 per article, for firearms and related equipment that are stolen, misplaced or lost.

**(6) Negotiable Papers**

$5,000 for securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports and tickets. This dollar limit applies to this category regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**(7) Metalware**

$10,000 for metalware that is stolen, misplaced or lost. This includes plated ware, goldware, silverware, platinumware, tableware, trays, trophies and other household articles (other than jewelry) consisting primarily of sterling silver, silver, platinum, gold or pewter.

**(8) Trailers**

$5,000 for trailers or semi-trailers not used with watercraft.

**(9) Watercraft**

$10,000 for watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

**(10) Grave Markers**

$10,000 to replace, stabilize or restore grave markers, including burial vaults and mausoleums.

**(11) Breakage Of Fragile Articles**

$50,000 for the breakage of fragile articles, including but not limited to crystal, china, porcelains, figurines, statues, sculptures, mirrors, wine bottles, glassware and other similar articles. Fragile articles do not include jewelry, watches, cameras and photographic lenses.

This special limit does not apply if the loss is caused by:

**(a)** Fire or lightning;

**(b)** Smoke from any source other than agricultural smudging or industrial operations;

**(c)** Theft, attempted theft, vandalism or malicious mischief;

**(d)** Earthquake, explosion or the collapse of a building or part of a building;

**(e)** Motor vehicles or aircraft;



**(f)** Rain, snow, sleet, wind or hail;

**(g)** Riot or civil commotion; or

**(h)** Sudden and accidental loss of water or steam from a plumbing system, heating system, air conditioning system, fire protective sprinkler system or household appliance.

**(12) Personal Property At Other Residences**

$10,000 or:

**(a)** 10% of the highest Personal Property limit for a dwelling; or

**(b)** 15% of the highest Personal Property limit for a condominium, cooperative unit or apartment;

whichever is greater, for direct physical loss to covered personal property usually located at an *insured person's* residence that is not the *residence premises*. The loss must be a loss covered by this policy.

This special limit does not apply to personal property moved or being moved from the *residence premises* to a residence you newly acquire during the *policy period* within the first 60 days after moving the property there.

---

## EXTRA BENEFITS

We will pay the following Extra Benefits only when losses are covered by this policy. These Extra Benefits are in addition to the limit of insurance specified in the Declarations for the property where the loss occurs, unless noted otherwise. All deductibles apply unless noted otherwise.

**1. Loss Of Use**

**a.** We will pay the following expenses incurred by you if you are unable to reside in your residence due to a loss covered by this policy:

**(1) Additional Living Expense**

If a covered loss damages part of the *residence premises* making it not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**(2) Fair Rental Value**

If a covered loss damages part of the *residence premises* rented to others or held for rental by you making it not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

**(3) Evacuation Resulting From Neighboring Property**

If a civil authority prohibits you from use of the *residence premises* as a result of direct damage to neighboring premises by a covered loss, we cover the loss as provided in **(1)** and **(2)** above for no more than 30 days.

**b.** We do not cover loss or expense due to cancellation of a lease or agreement.

**c.** The periods of time under **a.(1)** through **(3)** above are not limited by expiration of this policy.

**d.** No deductible applies to this coverage.

**2. Debris Removal**

We will pay your reasonable expense incurred for the removal of:

**a.** Debris of covered property if a covered loss that applies to the damaged property causes the loss; and

**b.** Fallen trees that:

**(1)** Have caused damage to a structure covered by this policy;

**(2)** Blocked a driveway; or



**(3)** Blocked a ramp or other access way designed to assist a handicapped person to enter or leave the *residence premises.*

**3. Tree Removal**

We will pay up to $1,000 for the removal of fallen trees caused by wind, hail, sleet, or the weight of ice or snow if the fallen trees do not:

**a.** Cause damage to a structure covered by this policy;

**b.** Block a driveway; or

**c.** Block a ramp or other access way designed to assist a handicapped person to enter or leave the residence premises.

The $1,000 limit is the most we will pay regardless of the number of fallen trees.

**4. Landscaping**

**a.** We will pay up to 5% of the Dwelling limit for a dwelling where the loss occurs, or 5% of the Personal Property limit for a condominium, cooperative unit or apartment where the loss occurs, to cover trees, shrubs, plants or lawns you own on the *residence premises* for loss caused by the following:

**(1)** Fire, lightning or explosion;

**(2)** Riot or Civil Commotion;

**(3)** Aircraft;

**(4)** Vehicles not owned or operated by a resident of the residence premises; or

**(5)** Theft, vandalism or malicious mischief.

**b.** The most we will pay for any one tree, plant or shrub is $5,000.

**c.** This Extra Benefit applies only if you repair or replace the damaged property within 180 days of the date of loss.

**d.** Landscaping does not include forestry or brush.

**5. Land Restoration**

We will pay up to 10% of the covered property loss to the residence or other structure for costs required to replace, rebuild, stabilize or restore the land necessary to support the residence or other structure where the loss occurs.

**6. Collapse**

**a.** With respect to this Extra Benefit:

**(1)** *Collapse* means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of *collapse.*

**(3)** A part of a building that is standing is not considered to be in a state of *collapse* even if it has separated from another part of the building.

**(4)** A building or any part of a building that is standing is not considered to be in a state of *collapse* even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving *collapse* of a building or any part of a building if the *collapse* was caused only by one or more of the following:

**(1)** Decay that is hidden from view, unless the presence of such decay is known to an *insured person* prior to *collapse;*

**(2)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an *insured person* prior to *collapse;*

**(3)** Weight of contents, equipment, animals or people;

**(4)** Weight of rain or snow which collects on a roof;



**(5)** Use of defective material or methods in construction, remodeling or renovation if the *collapse* occurs during the course of the construction, remodeling or renovation; or

**(6)** Any other cause of loss not excluded in Losses We Do Not Cover.

**c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(1)** through **(6)** above, unless the loss is a direct result of the *collapse* of a building or any part of a building.

**d.** This Extra Benefit is not in addition to the limit of insurance that applies to the damaged property.

**7. Rebuilding To Code**

We will pay for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates the construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a covered loss.

This Extra Benefit does not apply unless you repair, replace or rebuild the *residence premises* at the same location.

**8. Business Property**

We will pay up to $25,000 for property used primarily for *business* purposes. This includes the cost to recreate business records or data, however stored.

**9. Ensuing Fungi, Wet Or Dry Rot, Or Bacteria**

**a.** We will pay up to $10,000 for loss caused by *fungi*, wet or dry rot, or bacteria, including:

**(1)** The cost to remove *fungi*, wet or dry rot, or bacteria from covered property;

**(2)** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the *fungi*, wet or dry rot, or bacteria; and

**(3)** The cost of testing of air or property to confirm the absence, presence or level of *fungi*, wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of *fungi*, wet or dry rot, or bacteria.

**b.** In addition, we will pay up to 20% of the limit shown in the Declarations for Ensuing Fungi, Wet Or Dry Rot, Or Bacteria for the following:

**(1)** The reasonable increase in living expenses incurred by you to maintain your household's usual standard of living if your *residence premises* is uninhabitable. Payment will continue for the shortest period of time necessary to restore your *residence premises* to a habitable condition; and

**(2)** The fair rental value of that part of the *residence premises* rented to others or held for rental by you, less any expenses that do not continue while it is unoccupied. Payment will continue for the shortest period of time necessary to restore your *residence premises* to a habitable condition.

**c.** The coverages described in **a.** and **b.** above only apply when such loss or costs are a result of a covered loss that occurs during the *policy period* and only if all reasonable means were used to save and preserve the property from further damage at and after the time the covered loss occurred.

**d.** The limits described in **a.** and **b.** above are the most we will pay for any one loss for the total of all loss or costs, regardless of the:

**(1)** Number of locations insured; or

**(2)** Number of claims made.

**e.** We will not make any additional payments for Ensuing Fungi, Wet Or Dry Rot, Or Bacteria, additional living expenses or fair rental value under any other Extra Benefit.

**f.** This Extra Benefit is not in addition to the limit of insurance that applies to the damaged property.



**10. Mine Subsidence**

    **a.** With respect to this Extra Benefit, *mine subsidence* means loss caused by lateral or vertical ground movement of a man-made underground mine or underground mine-related excavation. *Mine subsidence* does not mean loss caused by sinkhole collapse, collapse of storm or sewer drains, or collapse of rapid transit tunnels.

    **b.** We will pay for direct loss to your residence and other structures covered by this policy caused by *mine subsidence.*

    **c.** Subsidence in **a.(3)** under exclusion **1.** Earth Movement does not apply to *mine subsidence.*

**11. Loss Assessment**

    **a.** We will pay up to $100,000 for your share of loss assessment charged during the *policy period* against all members in the Homeowners, Condominium or Cooperative Association. The assessment must be made as a result of direct physical loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, and caused by a covered loss other than:

        **(1)** Earthquake; or

        **(2)** Land shock waves or tremors before, during or after a volcanic eruption.

    **b.** The $100,000 limit is the most we will pay with respect to any one loss regardless of the number of assessments.

    **c.** We will pay no more than $10,000 of a loss assessment that results from a self-insured retention or deductible in the insurance purchased by the corporation or association of property owners.

    **d.** No deductible applies to this coverage.

**12. Identity Fraud Expenses**

    **a.** With respect to this Extra Benefit:

        **(1)** *Identity fraud* means the act of knowingly transferring or using, without lawful authority, a means of identification of an *insured person* with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or any applicable state or local law.

        **(2)** *Identity fraud expenses* means:

            **(a)** Costs for notarizing affidavits or similar documents for law enforcement agencies, financial institutions, credit grantors, credit agencies, credit bureaus or similar organizations;

            **(b)** Costs for certified mail to law enforcement agencies, financial institutions, credit grantors, credit agencies, credit bureaus or similar organizations;

            **(c)** Costs for telephone calls to merchants, businesses, law enforcement agencies, financial institutions, credit grantors, credit agencies, credit bureaus or similar organizations;

            **(d)** Loan application fees for reapplying for a loan or loans when the original loan application was rejected because the lender obtained incorrect credit information;

            **(e)** Lost income of an *insured person* resulting from time taken off work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel; and

            **(f)** Reasonable attorney fees incurred by an *insured person* as a result of *identity fraud* for the following, but only with prior notice and approval given by us:

                **i.** Defend lawsuits brought against an *insured person* by merchants, financial institutions or their collection agencies;

                **ii.** Remove any criminal or civil judgments wrongly entered against an *insured person;* and

                **iii.** Challenge the accuracy or completeness of any information in a consumer credit report.

    **b.** We will pay up to $100,000 for *identity fraud expenses* that are reasonably and necessarily incurred by an *insured person* as the direct result of *identity fraud* first discovered or learned of during the *policy period.*





    **c.** Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an *insured person*, is considered to be one *identity fraud*, even if a series of acts continues into a subsequent *policy period*.

    **d.** We do not cover *identity fraud expenses* incurred due to any fraudulent, dishonest or criminal act by an *insured person*, or by any authorized representative of an *insured person*, whether acting alone or in collusion with others.

    **e.** This coverage does not apply to losses covered under Extra Benefit **14**. Credit Cards, Fund Transfer Cards, Forgery, Counterfeit Money And Home Banking.

    **f.** No deductible applies to this coverage.

## 13. Kidnap Expenses

    **a.** With respect to this Extra Benefit:

      *Kidnap expenses* means:

      **(1)** Costs for notarizing affidavits or similar documents for law enforcement agencies or financial institutions;

      **(2)** Costs for certified mail to law enforcement agencies or financial institutions;

      **(3)** Costs for telephone calls to law enforcement agencies or financial institutions;

      **(4)** Lost income of an *insured person* resulting from time taken off work to complete fraud affidavits, meet with or talk to law enforcement agencies and/or legal counsel;

      **(5)** Reasonable attorney fees incurred by an *insured person* as a result of a kidnap and ransom, but only with prior notice and approval given by us;

      **(6)** Costs of travel and accommodations incurred by an *insured person* while attempting to negotiate a kidnapping; and

      **(7)** Fees and expenses of an independent forensic analyst, private investigator or negotiator hired by an *insured person*, but only with prior notice and approval given by us.

    **b.** We will pay up to $100,000 for *kidnap expenses* that are reasonably and necessarily incurred by an *insured person* because of a kidnapping of an *insured person*.

    **c.** Any act or series of acts committed by one or more persons is considered to be one loss, even if a series of acts continues into a subsequent *policy period*.

    **d.** We do not cover *kidnap expenses* incurred due to a kidnapping of an *insured person* by an *insured person*, or by any authorized representative of an *insured person*, whether acting alone or in collusion with others.

    **e.** No deductible applies to this coverage.

## 14. Credit Cards, Fund Transfer Cards, Forgery, Counterfeit Money And Home Banking

    **a.** We will pay up to $10,000 for:

      **(1)** The legal obligation of an *insured person* to pay because of the theft or unauthorized use of credit cards, electronic fund transfer cards or electronic access devices issued to or registered in an *insured person's* name, including the theft of a credit card number via the Internet;

      **(2)** Loss to an *insured person* caused by forgery or alteration of any check or negotiable instrument;

      **(3)** Loss to an *insured person* through acceptance in good faith of counterfeit United States or Canadian paper currency; and

      **(4)** Loss or legal obligation to an *insured person* resulting from the unauthorized use of computer equipment to conduct personal checking transactions with a bank.

    **b.** We do not cover:

      **(1)** Use of a credit card, electronic fund transfer card, access device or computer:

        **(a)** By a resident of your household;

        **(b)** By a person who has been entrusted with any of these cards, access devices or computers;

        **(c)** If an *insured person* has not complied with all terms and conditions under which the cards are issued or the devices accessed; or



**(2)** Loss arising out of business use or dishonesty of an *insured person.*

**c.** All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

**d.** We may investigate and settle any claim or suit that we decide is appropriate. If a suit is brought against an insured person for liability under **a.(1)** or **a.(2)** above, we will provide a defense at our expense by counsel of our choice. Our duty to defend a claim or suit ends when the amount we pay for the loss equals $10,000.

**e.** No deductible applies to this coverage.

**15. Mortgage Expenses**

We will pay for the following mortgage expenses incurred by you if a *total loss* occurs to the *residence premises* from a loss covered by this policy:

**a.** Up to $50,000 for the increased amount of your monthly mortgage payment created as a result of a higher interest rate on a replacement *residence premises* at the same location. We will pay this increased amount every month until the final payment date or until you no longer occupy the replacement premises, whichever occurs sooner. However, we will not pay for points or service charges, or for any taxes; and

**b.** Up to $2,000 for legal costs related to the mortgage, including fees for attorneys, title searches, appraisals and applications. However, legal costs do not include fines, judgments, points, service charges or legal services provided by any attorney other than your own.

No deductible applies to this coverage.

**16. Personal Computer Records**

We will pay up to $5,000 for the cost of recreating personal data stored by you in a personal home computer located at the *residence premises* and resulting from a loss covered by this policy, including a computer virus.

**17. Food Spoilage**

**a.** We cover food or wine while contained in a refrigerator or freezer located at the *residence premises* which spoils due to the loss of power to, or mechanical failure of, the refrigerator or freezer.

**b.** This coverage does not apply if:

**(1)** The plug from an electrical outlet is removed;

**(2)** An electrical switch is turned off; or

**(3)** You did not use all reasonable means to protect the food or wine from spoiling.

**c.** The most we will pay for a covered loss to wine is $5,000.

**d.** This Extra Benefit is not in addition to the limit of insurance that applies to the damaged property.

**e.** A $250 deductible applies to this coverage.

**18. Residence Premises Alteration Coverage**

**a.** If you or a *family member* becomes permanently physically disabled as a result of injury from a sudden and accidental event during the *policy period*, we will pay up to the lesser of $50,000 or:

**(1)** 5% of the Dwelling limit for a dwelling where the loss occurs; or

**(2)** 5% of the Personal Property limit or 5% of the Building Additions And Alterations limit, whichever is greater, for a condominium, cooperative unit or apartment where the loss occurs;

for the reasonable and necessary alteration expenses you incur to make the *residence premises* accessible and habitable for you or a *family member.*

**b.** The alterations must be:

**(1)** Made on behalf of you or a *family member;*

**(2)** Constructed by individuals experienced in such alterations; and

**(3)** In compliance with any applicable laws or requirements for approval by the appropriate government authorities.



**c.** This $50,000 limit is the most we will pay regardless of the number of persons or *residence premises.*

**19. Public Service Charges**

We will pay for:

**a.** Your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a loss covered by this policy; or

**b.** Police department charges incurred when the police department is called due to the accidental activation of a burglary alarm system.

No deductible applies to this coverage.

**20. System Coverage**

We will pay up to $2,500 for repairs of a plumbing, heating, air conditioning, ventilating or sump pump system if such system was the cause of a covered loss to property covered by this policy.

This Extra Benefit:

**a.** Applies only if the covered loss exceeds the applicable deductible; and

**b.** Is not in addition to the limit of insurance that applies to the covered property.

**21. Loss Prevention Device**

After a covered loss, we will pay up to $2,500 for the installation of an approved loss prevention device to protect your residence against the same loss in the future. Approved loss prevention devices include alarm systems, sprinkler systems, security systems, sump pumps, automatic water shut-off devices, lightning protection systems and electric back-up systems.

This Extra Benefit:

**a.** Applies only if the covered loss exceeds the applicable deductible; and

**b.** Is not in addition to the limit of insurance that applies to the covered property.

**22. Reward Coverage**

We will pay up to $5,000 for information leading to an arrest and conviction in connection with a fire, theft or vandalism loss covered by this policy. This is the most we will pay regardless of the number of persons providing the information.

No deductible applies to this coverage.

**23. Lock Replacement**

We will pay to replace the locks on the *residence premises* if the keys are lost or stolen. You must notify us within 72 hours of discovering the loss.

No deductible applies to this coverage.

**24. Increased Realty Tax Assessment**

If a loss covered by this policy results in a *total loss* to a covered residence or other structure, we will pay up to $25,000 for the increased tax liability directly related to the repair, rebuilding or reconstruction of the damaged property at the same location and that is assessed within two years of the *total loss.* However, we will only pay the first such increased assessment following any realty tax assessment that is insured under this coverage for up to one year.

No deductible applies to this coverage.

**25. Pet Coverage**

We will pay for direct physical damage to covered property caused by a domestic animal you own.

In addition, we will pay up to a total of $5,000 for the following reasonable expenses you incur that directly result from a covered loss which damages a residence covered by this policy:

**a.** The kenneling of your domestic animal if you are displaced from your residence;

**b.** Veterinarian service charges to treat your injured domestic animal;

**c.** Expenses related to the euthanizing of your domestic animal, including burial and cremation expenses; and





**d.** The costs associated with the replacement of your domestic animal with one of a similar breed.

This $5,000 limit is the most we will pay for any one loss for the total of all expenses, regardless of the number of domestic animals.

**26. Cost Of Temporary Repairs**

We will pay the reasonable and necessary cost incurred by you for the temporary repairs made to protect covered property from further damage caused by a loss covered by this policy.

This Extra Benefit:

**a.** Is not in addition to the limit of insurance that applies to the covered property; and

**b.** Does not relieve you of your duties in case of a loss to covered property, as described in 1.e. of the Property Conditions section.

**27. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a loss covered by this policy. This coverage applies for 90 days from the date of removal.

This Extra Benefit is not in addition to the limit of insurance that applies to the covered property.

**28. Moving And Storing Expenses**

We will pay for the reasonable and necessary expenses incurred for the moving and storing of covered personal property from a *residence premises* because the personal property is endangered by a loss covered by this policy.

We will continue to pay these expenses:

**a.** For up to 90 days if the *residence premises* is not damaged as a result of the covered loss; or

**b.** If the *residence premises* is damaged as a result of the covered loss, for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

No deductible applies to this coverage.

**29. Preventative Measures**

We will reimburse you up to $10,000 for the reasonable and necessary cost incurred for the protection of the *residence premises* because the *residence premises* is in imminent danger by an act of nature covered by this policy.

No deductible applies to this coverage.

---

## PROPERTY WE DO NOT COVER

**1. Tenant Property**

We do not cover property of roomers, boarders and other tenants, except property of roomers and boarders related to an *insured person*.

**2. Business Property**

We do not cover *business* property, except to the extent described in Extra Benefit **8.** Business Property.

**3. Animals**

We do not cover animals, including birds and fish, except to the extent described in Extra Benefit **25.** Pet Coverage.

**4. Motor Vehicles**

We do not cover any motorized land vehicles, including their accessories, equipment and parts or any electronic devices designed to be operated solely by power from the electrical system of that vehicle.

However, we do cover motor vehicles not required to be registered for use on public roads which are:

**a.** Used solely to service a *residence premises;*

**b.** Designed to assist the handicapped; or





    **c.** Designed for recreational use off public roads.

**5. Aircraft**

    We do not cover aircraft, meaning any contrivance used or designed to carry people or cargo in flight, including any parts whether or not attached to the aircraft.

**7. Property Insured Under Another Policy**

    We do not cover property that is insured under a valuable articles or similar policy not issued by us or one of our affiliated companies.

---

## LOSSES WE COVER

We cover risk of direct physical loss to property described in Part I of this policy, subject to Losses We Do Not Cover.

---

## LOSSES WE DO NOT COVER

We do not cover loss that is caused  directly or indirectly, or which ensues from or is the result of any of the following, unless noted otherwise. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

**1. Earth Movement**

    **a.** We do not cover any loss caused by earth movement, meaning:

        **(1)** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

        **(2)** Landslide, mudslide or mudflow;

        **(3)** Subsidence or sinkhole; or

        **(4)** Any other earth movement including earth sinking, rising or shifting;

        caused by or resulting from any human or animal forces or any act of nature unless direct loss by fire, explosion or breakage of glass which is part of a building, storm door or storm window ensues and then we will pay only for the ensuing loss.

    **b.** This exclusion does not apply to:

        **(1)** Loss by theft; or

        **(2)** Personal property.

**2. Water**

    **a.** We do not cover any loss caused by water, meaning:

        **(1)** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge.

        **(2)** Water which:

            **(a)** Backs up through sewers or drains; or

            **(b)** Overflows or is otherwise discharged from a sump, sump pump or related equipment;

            as a direct or indirect result of any such water described in **a.(1)** above, other than surface water;

        **(3)** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

        **(4)** Waterborne material carried or otherwise moved by any of the water referred to in **a.(1)** through **a.(3)** of this exclusion.

    **b.** This exclusion 2.:

        **(1)** Applies regardless of whether any of the above, in **a.(1)** through **a.(4)**, is caused by an act of nature or is otherwise caused; and

---





**(2)** Applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

**c.** This exclusion does not apply to:

**(1)** Direct loss by fire, explosion or theft to covered property that ensues from any of the above, in **a.(1)** through **a.(3)**; or

**(2)** Personal property that is not at any residence an insured person owns, rents, occupies or controls.

**3. Intentional Loss**

We do not cover any loss arising out of any act committed by or at the direction of an *insured person* with the intent to cause a loss.

**4. Criminal Acts**

We do not cover any loss caused by any criminal or dishonest act by or at the direction of an *insured person.*

**5. Misappropriation**

We do not cover any loss caused by misappropriation, meaning the taking, damaging or destroying of personal property by or at the direction of an *insured person.*

**6. Neglect**

We do not cover any loss caused by neglect of an *insured person* who neglects to use all reasonable means to save and preserve covered property at and after the time of a loss covered by this policy.

**7. Governmental Action**

We do not cover any loss caused by the destruction, confiscation or seizure of covered property by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered by this policy.

**8. War**

We do not cover any loss caused by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**9. Nuclear Hazard**

We do not cover any loss caused by *nuclear hazard.*

**a.** *Nuclear hazard* means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**b.** Loss caused by the *nuclear hazard* will not be considered loss caused by fire, explosion, or smoke, whether these causes of loss are specifically named in or otherwise included within the losses we cover.

**c.** This policy does not apply under Part I to loss caused directly or indirectly by *nuclear hazard,* except that direct loss by fire resulting from the *nuclear hazard* is covered.

**10. Collapse**

We do not cover any loss caused by collapse, except to the extent described in Extra Benefit **6.** Collapse.

**11. Deterioration**

We do not cover any loss caused by deterioration, including wear and tear, marring, scratching, corrosion or rust. We do cover any ensuing loss not otherwise excluded.





**12. Breakdown**

We do not cover any loss caused by breakdown, including mechanical breakdown, electrical or electronic breakdown, latent defect, inherent vice or any quality in covered property that causes it to damage or destroy itself.

We do cover:

**a.** Any ensuing loss not otherwise excluded; and

**b.** The spoilage of food as provided in Extra Benefit **17.** Food Spoilage.

**13. Pollution Or Contamination**

We do not cover any loss caused by the discharge, dispersal, seepage, migration, or release or escape of pollutants from any source at any time. Nor do we cover the cost to extract pollutants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. A pollutant is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be disposed of, recycled, reconditioned or reclaimed. A contaminant is an impurity resulting from the mixture of or contact of a substance with a foreign substance.

**14. Smog**

We do not cover any loss caused by smog, including smoke from agricultural smudging or industrial operation.

**15. Fungi, Wet Or Dry Rot, Or Bacteria**

We do not cover any loss caused by the presence, growth, proliferation, spread or any activity of *fungi*, wet or dry rot, or bacteria, including the costs to test for, monitor, clean up, remove, or in any way respond to or assess the effects of *fungi*, wet or dry rot, or bacteria.

This exclusion does not apply:

**a.** When *fungi*, wet or dry rot, or bacteria results from fire or lightning, unless otherwise excluded; or

**b.** To the extent coverage is provided in Extra Benefit **9.** Ensuing Fungi, Wet Or Dry Rot, Or Bacteria.

**16. Freezing Or Pressure To Certain Structures**

We do not cover any loss caused by freezing, thawing, pressure or weight of water, ice or snow, whether driven by wind or not, to a:

**a.** Fence, pavement, patio or swimming pool;

**b.** Footing, foundation, bulkhead, wall or any other structure or device that supports all or part of a building, or other structure;

**c.** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**d.** Pier, wharf or dock.

We do cover any ensuing loss not otherwise excluded.

**17. Freezing Of Systems Or Appliances**

We do not cover any loss caused by freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing if the residence is *vacant* or unoccupied, or being constructed or renovated, unless you have used reasonable care to:

**a.** Maintain heat in the building; or

**b.** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**18. Structural Movement**

We do not cover any loss caused by settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, landings, steps, footings, foundations, walls, floors, roofs or ceilings. We do cover any ensuing loss not otherwise excluded.





**19. Watercraft Accidents**

We do not cover any loss caused by the stranding, swamping or sinking of a watercraft or its trailer, or outboard motor. We also do not cover loss caused by collision of a watercraft other than collision with a land vehicle, unless another exclusion applies.

**20. Loss By Birds, Rodents, Insects Or Vermin**

We do not cover any loss caused by birds, rodents, insects or vermin. We do cover any ensuing loss not otherwise excluded.

**21. Dampness Or Extreme Temperatures**

We do not cover any loss to personal property caused by humidity, damp air or extreme temperature. This exclusion does not apply to:

**a.** Loss caused directly by rain, snow, sleet or hail; or

**b.** Coverage provided in Extra Benefit **17.** Food Spoilage

**22. Restoration**

We do not cover any loss caused by the restoration, refinishing, renovating or repairing of personal property, except jewelry, watches and furs.

**23. Weather Conditions**

We do not cover any loss caused by weather conditions, but only if weather conditions contribute in any way with a cause or event otherwise excluded to produce the loss.

**24. Acts Or Decisions**

We do not cover any loss caused by acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. We do cover any ensuing loss not otherwise excluded.

**25. Faulty, Inadequate Or Defective Planning, Design Or Materials**

We do not cover any loss caused by faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the *residence premises*.

We do cover any ensuing loss not otherwise excluded.

**26. Uninsured Personal Property At Owned Residence**

We do not cover any loss caused directly or indirectly by wind to personal property located at a residence you own that does not have personal property coverage listed in the Declarations of this policy or any other policy issued by us or one of our affiliated companies.

Personal property at a newly acquired residence is not subject to this exclusion for 60 days after you begin to move personal property there.

## PROPERTY CONDITIONS

**1. Duties After Loss**

In case of a loss covered by this policy, we have no duty to provide coverage under this policy unless there has been full compliance with the following duties by an *insured person* or their representative:

**a.** Give prompt notice to us or our agent;

**b.** Notify the police in case of loss by theft or vandalism;





   **c.** Notify the appropriate law enforcement agency in case of loss as provided for in Extra Benefits **12.** Identity Fraud Expenses and **13.** Kidnap Expenses;

   **d.** Notify the appropriate financial institution in case of loss as provided for in Extra Benefit **14.** Credit Cards, Fund Transfer Cards, Forgery, Counterfeit Money And Home Banking;

   **e.** Protect the property from further damage. If repairs to the property are required, an *insured person* must:

     **(1)** Make reasonable and necessary repairs to protect the property; and

     **(2)** Keep an accurate record of repair expenses;

   **f.** Cooperate with us in the investigation of a claim;

   **g.** Prepare an inventory of damaged personal property showing the quantity, description and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

   **h.** As often as we reasonably require:

     **(1)** Show the damaged property;

     **(2)** Provide us with records and documents we request and permit us to make copies; and

     **(3)** Submit to examination under oath, while not in the presence of another *insured person;*

   **i.** Send to us, within 60 days after our request, a signed, sworn proof of loss which sets forth, to the best of an *insured person's* knowledge and belief:

     **(1)** The time and cause of loss;

     **(2)** The interests of all *insured persons* and all others in the property involved and all liens on the property;

     **(3)** Other insurance which may cover the loss;

     **(4)** Changes in title or occupancy of the property during the term of the policy;

     **(5)** Specifications of damaged buildings and detailed repair estimates;

     **(6)** The inventory of damaged personal property described in **g.** above;

     **(7)** Receipts for additional living expenses incurred and records that support the fair rental value loss;

     **(8)** Receipts, bills or other records that support your claim for *identity fraud expenses* or *kidnap and ransom expenses*; and

     **(9)** Evidence or affidavit that supports a claim under Extra Benefit **14.** Credit Cards, Fund Transfer Cards, Forgery, Counterfeit Money And Home Banking, stating the amount and cause of loss.

**2. Insurable Interest And Limit Of Insurance**

Even if more than one person has an insurable interest in the covered property, we will not be liable in any one loss:

   **a.** To an *insured person* for more than the amount of such *insured person's* interest at the time of loss; or

   **b.** For more than the applicable limit of insurance, regardless of the number of claims made or locations insured.

**3. Loss Settlement**

This Condition explains how we settle losses. These provisions apply to the limit of insurance that is specified in the Declarations for the property where the loss occurs, unless noted otherwise.

   **a. Application Of Deductible**

     **(1)** We will pay only that part of the total of all covered loss that exceeds the deductible amount shown in the Declarations, unless noted otherwise in this policy.

     **(2)** We will waive the deductible amount shown in the Declarations if the direct physical loss to covered property is greater than $50,000, except if the following apply:

       **(a)** Policies with deductibles of more than $25,000;

       **(b)** Windstorm Or Hail deductible;



    **(c)** Earthquake deductible;

    **(d)** Vacancy deductible;

    **(e)** Construction deductible; or

    **(f)** Any other specifically listed deductible.

**(3)** If your residence has been vacant for more than 30 consecutive days immediately before a covered loss, we will apply the greater of the deductible amount shown in the Declarations or:

    **(a)** 5% of the Dwelling limit for a dwelling where the loss occurs; or

    **(b)** 5% of the Personal Property limit or 5% of the Building Additions And Alterations limit, whichever is greater, for a condominium, cooperative unit or apartment where the loss occurs.

This deductible applies to your residence, personal property and Extra Benefits. If your residence is increased because of **d. Full Replacement Cost Protection** below, the deductible will be based on the increased limit. This vacancy deductible does not apply if we give our prior written consent.

**(4)** If at any time during the *policy period* you are newly constructing your residence or other structures, constructing additions or undergoing renovations equal to or in excess of the lesser of 10% of the limit of insurance that applies to the residence or other structures, or $500,000, and/or it results in your moving out of the residence for any period of time, we will apply the greater of the deductible amount shown in the Declarations or:

    **(a)** 5% of the Dwelling limit for a dwelling where the loss occurs; or

    **(b)** 5% of the Personal Property limit or 5% of the Building Additions And Alterations limit, whichever is greater, for a condominium, cooperative unit or apartment where the loss occurs.

This deductible applies to your residence, other structures, personal property and Extra Benefits. This construction deductible does not apply if we give our prior written consent.

**(5)** We will apply the highest deductible if more than one deductible applies to the covered loss.

**b.** **Residences And Other Structures**

    **(1)** Covered losses will be settled on a *replacement cost* basis, except as provided in **(2)** below. If you choose to repair or replace the *residence premises*, payment will not exceed the lesser of:

        **(a)** The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

        **(b)** The actual cost to replace the property; or

        **(c)** The limit of insurance that applies to the covered property, including any increase that may apply as described under provision **d. Full Replacement Cost Protection** below.

    **(2)** Covered losses will be settled on an *actual cash value* basis if:

        **(a)** At any time during the *policy period* you are newly constructing your residence or other structures, constructing additions or undergoing renovations equal to or in excess of the lesser of 10% of the limit of insurance that applies to the residence or other structures, or $500,000, and/or it results in your moving out of the residence for any period of time. This provision does not apply if we give our prior written consent; or

        **(b)** Actual repair or replacement is not complete. Once actual repair or replacement is complete, we will settle the loss as described in **(1)** above. However, if the cost to repair or replace the damage is less than 5% of the limit of insurance that applies to the covered property, we will settle the loss as described in **(1)** above whether or not actual repair or replacement is complete.

    **(3)** If you choose not to repair or replace the *residence premises* after a covered *total loss*, we will pay the lesser of the *replacement cost* of the damaged building or other structure at the same premises prior to the loss or the limit of insurance that applies to the covered property. You may not make further claim on a *replacement cost* basis.

**(4)** You may make claim under this policy for loss or damage on an *actual cash value* basis. You may then make claim within 180 days after loss for any additional payment on a *replacement cost* basis.

**c.  Personal Property**

**(1)** Covered losses will be settled on a *replacement cost* basis, except as provided in **(2)** below. Payment will not exceed the lesser of:

**(a)** The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

**(b)** The amount that we could reasonably be expected to pay to replace the article with a new one substantially identical to the article lost or damaged;

**(c)** The amount specified in Special Limits Of Insurance under the Property Coverage section; or

**(d)** The Personal Property limit shown in the Declarations, including any increase that may apply as described under provision **d.** Full Replacement Cost Protection below.

**(2)** Covered losses will be settled on an *actual cash value* basis for property that:

**(a)** Is not maintained in good or workable condition;

**(b)** Exhibits signs of excessive wear; or

**(c)** Is obsolete or unusable from its originally intended purpose.

**(3)** If a covered loss takes place away from a *residence premises* and not at another residence owned by an *insured person*, we will pay up to the highest Personal Property limit shown in the Declarations.

**d.  Full Replacement Cost Protection**

**(1)** We will pay up to the current *replacement cost* of a covered residence or other structure after a loss covered by this policy, even if this amount is greater than the limit of coverage shown in the Declarations.

**(2)** This provision **d.** applies only if you:

**(a)** Insure the residence or other structure in an amount determined by us, including any adjustments based on appraisals, revaluations and annual adjustments for inflation; and

**(b)** Repair or replace the residence or other structure at the same location (or a different location if the land is declared unusable).

**(3)** When we increase the limit of insurance for your residence, the same percentage of increase will also apply to the limit of insurance for personal property for that loss.

**(4)** This provision **d.** does not apply if the residence or other structure is under construction or renovation.

**4.  Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the *residence premises* is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss. We do not waive any of our rights under this policy by agreeing to an appraisal.

Each party will:

**a.**  Pay its own appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

**5.  Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:



   **a.** Repair or replace any part to restore the pair or set to its value before the loss;

   **b.** Pay the difference between *actual cash value* of the property before and after the loss; or

   **c.** Receive the undamaged portion, and then pay the *replacement cost* of the entire pair or set.

**6. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

   **a.** Other insurance, we will pay only the proportion of the loss that the limit of insurance that applies under this policy bears to the total amount of insurance covering the loss; or

   **b.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**7. Legal Action Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Part I of this policy and the action is started within two years after the date of loss.

**8. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**9. Abandonment Of Property**

We need not accept any property abandoned by an *insured person.*

**10. Loss Payment**

We will adjust all covered losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

   **a.** We reach an agreement with you;

   **b.** There is an entry of a final judgment; or

   **c.** There is a filing of an appraisal award with us.

**11. Mortgage Clause**

   **a.** If a mortgagee is named in this policy, any loss payable will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

   **b.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

      **(1)** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

      **(2)** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

      **(3)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

   **c.** Policy Conditions **4.** Appraisal, **7.** Legal Action Against Us and **10.** Loss Payment also apply to the mortgagee.

   **d.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

   **e.** If we pay the mortgagee for any loss and deny payment to you:

      **(1)** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

      **(2)** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

   **f.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.



**12. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**13. Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**14. Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, the definition of *insured person* is changed to include that loss payee with respect to that property. If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

**15. Policy Period**

This policy applies only to loss which occurs during the *policy period*.

---

## PART II - LIABILITY

---

## LIABILITY COVERAGES

**1. Personal Liability**

If a claim is made or a suit is brought against an *insured person* for damages because of *bodily injury*, *property damage* or *personal injury* caused by an *occurrence* to which this coverage applies anywhere in the world, we will pay up to our limit of liability for the damages for which an *insured person* is legally liable.

**2. Medical Expenses**

We will pay up to $50,000 for the necessary and reasonable *medical expenses* that are incurred within three years from the date of an accident causing *bodily injury* anywhere in the world. We do not admit any legal liability by paying these expenses. This coverage does not apply to you or regular residents of your household except *domestic employees*. As to others, this coverage applies only:

**a.** To a person on the *insured location* with the permission of an *insured person*; or

**b.** To a person off the *insured location*, if the *bodily injury*:

  **(1)** Arises out of a condition on the *insured location* or the ways immediately adjoining;

  **(2)** Is caused by the activities of an *insured person*;

  **(3)** Is caused by a *domestic employee* in the course of the *domestic employee's* employment by an *insured person*; or

  **(4)** Is caused by an animal owned by or in the care of an *insured person*.

---

## EXTRA BENEFITS

We will pay the following Extra Benefits in addition to the Personal Liability limit.

**1. Legal Services**

  **a.** We will defend an *insured person* against any suit seeking damages for *bodily injury*, *property damage* or *personal injury* caused by an *occurrence* to which this coverage applies. We will provide this defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate.

  **b.** As part of our defense, investigation or settlement, we will also pay the following expenses:

  **(1)** Expenses we incur and costs taxed against an *insured person* in any suit we defend;





**(2)** Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability. We need not apply for or furnish any bond;

**(3)** Reasonable expenses incurred by an *insured person* at our request, including actual loss of earnings (but not loss of other income) up to $1,000 per day, for assisting us in the investigation or defense of a claim or suit;

**(4)** Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies; and

**(5)** All prejudgment interest awarded against an *insured person* on that part of the judgment we pay or offer to pay. We will not pay any prejudgment interest based on that period of time after we make an offer to pay the limit of liability that applies.

**c.** Our duty to settle or defend or pay expenses ends when our limit of liability for the *occurrence* has been exhausted by payment of a judgment or settlement.

**d.** In jurisdictions where we are prevented from defending an *insured person* for a covered loss because of laws or other reasons, we will pay any expenses incurred with our prior consent for the *insured person's* defense.

**2. First Aid Expenses**

We will pay expenses for first aid to others incurred by an *insured person* for *bodily injury* covered under this policy. However, we will not pay for first aid to an *insured person*.

**3. Voluntary Payments**

We will pay, at *replacement cost*, up to $10,000 for *property damage* to property of others caused by an *insured person*.

We will not pay for *property damage*:

**a.** To the extent of any amount recoverable under Part I;

**b.** Caused intentionally by an *insured person* who is 13 years of age or older;

**c.** To property owned by an *insured person;*

**d.** To property owned by or rented to a tenant of an *insured person* or a resident in your household; or

**e.** Arising out of:

**(1)** A *business* engaged in by an *insured person;*

**(2)** Any act or omission in connection with a premises owned, rented or controlled by an *insured person*, other than the *insured location;* or

**(3)** The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or motor vehicle.

**4. Loss Assessment**

**a.** We will pay up to $100,000 for your share of loss assessment charged during the *policy period* against all members in the Homeowners, Condominium or Cooperative Association when the assessment is made as a result of:

**(1)** An *occurrence* covered by this policy; or

**(2)** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

**(a)** Is elected by the members of a corporation or association of property owners; and

**(b)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

**b.** Regardless of the number of assessments, the limit of $100,000 is the most we will pay for loss arising out of:

**(1)** One *occurrence*; or

**(2)** A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.



## DAMAGES WE DO NOT COVER

### 1. Expected Or Intended Injury

We do not cover any:

**a.** *Bodily injury, property damage* or *medical expenses* which are expected or intended by an *insured person* even if the resulting injury or damage:

**(1)** Is of a different kind, quality or degree than initially expected or intended; or

**(2)** Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, exclusion **1.a.** does not apply to *bodily injury* resulting from the use of reasonable force by an *insured person* to protect persons or property.

**b.** *Personal injury* caused by or at the direction of an *insured person* with the knowledge that the act would or could violate the rights of another and would inflict *personal injury*.

### 2. Motor Vehicles

We do not cover any *bodily injury, property damage* or *medical expenses* that arise out of the ownership, maintenance, occupancy, operation, use, loading or unloading, entrustment to any person, failure to supervise or negligent supervision of any person, or vicarious liability of any motorized land vehicle, including a trailer while being towed.

However, we do cover motor vehicles not required to be registered for use on public roads which are:

**a.** Used solely to service a *residence premises;*

**b.** Designed to assist the handicapped; or

**c.** Designed for recreational use off public roads;

**d.** In dead storage at an *insured location*;

but only if, at the time of an *occurrence*, the motorized land vehicle is not being operated in, or practicing for, any prearranged or organized race, speed contest or other similar competition, including but not limited to timed events, rallies, sports events or stunting activities.



### 3. Watercraft

We do not cover any *bodily injury, property damage* or *medical expenses* that arise out of the ownership, maintenance, occupancy, operation, use, loading or unloading, entrustment to any person, failure to supervise or negligent supervision of any person, or vicarious liability of any watercraft:

**a.** That is 26 feet or more in length or 50 or more horsepower and which is owned by an insured person or furnished or rented to an *insured person* for longer than 30 days;

**b.** Used for any *business* or commercial purpose; or

**c.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion **c.** does not apply to a sailing vessel less than 26 feet in length.

This exclusion does not apply to watercraft that are stored.

### 4. Aircraft

We do not cover any *bodily injury, property damage* or *medical expenses* that arise out of the ownership, maintenance, occupancy, operation, use, loading or unloading, entrustment to any person, failure to supervise or negligent supervision of any person, or vicarious liability of any aircraft used or designed to carry people or cargo in flight.

### 5. Hovercraft

We do not cover any *bodily injury, property damage* or *medical expenses* that arise out of the ownership, maintenance, occupancy, operation, use, loading or unloading, entrustment to any person, failure to supervise or negligent supervision of any person, or vicarious liability of any hovercraft, including but not limited to, flarecraft and air cushion vehicles.



6. **Business**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of or in connection with a *business* engaged in by an *insured person*, whether or not the *business* is owned or operated by an *insured person* or employs an *insured person*. This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the *business*.

This exclusion does not apply to:

a. An *incidental business*; or

b. *Bodily injury, property damage* or *medical expenses* arising out of the physical condition of your residence or other structure covered by this policy when *business* or professional activities are legally conducted by you or a *family member* in that residence or other structure, but only if:

    **(1)** You or a *family member* do not have any employees involved in the *business* or professional activities who are subject to any workers' compensation, disability benefits, unemployment compensation, or other similar laws;

    **(2)** You or a *family member* are not a home day care provider; and

    **(3)** There is no other valid collectible insurance.

7. **Professional Services**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of the rendering of or failure to render professional services.

8. **Premises Not An Insured Location**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of a premises:

a. Owned by an *insured person;*

b. Rented to an *insured person;* or

c. Rented to others by an *insured person;*

that is not an *insured location.*

9. **War**

We do not cover any *bodily injury, property damage* or *medical expenses* caused directly or indirectly by war, including the following and any consequence of any of the following:

a. Undeclared war, civil war, insurrection, rebellion or revolution;

b. Warlike act by a military force or military personnel; or

c. Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

10. **Nuclear Hazard**

We do not cover any *bodily injury* or *property damage* for which an *insured person* under this policy:

a. Is also an insured under a nuclear energy liability policy issued by the:

    **(1)** Nuclear Energy Liability Insurance Association;

    **(2)** Mutual Atomic Energy Liability Underwriters;

    **(3)** Nuclear Insurance Association of Canada;

    or any of their successors; or

b. Would be an insured under such a policy but for the exhaustion of its limit of liability.

We also do not cover any *medical expenses* caused from any nuclear reaction, radiation or radioactive contamination, regardless of how it was caused, or any consequence of any of these.

11. **Communicable Disease**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* which arise out of any communicable disease from an *insured person*, including but not limited to:

a. The transmittal of;



   **b.** Exposure to;

   **c.** Perceived threat of; or

   **d.** Fear of transmittal of exposure to;

any communicable disease.

**12. Molestation, Harassment Or Abuse**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of:

   **a.** Sexual molestation;

   **b.** Sexual harassment;

   **c.** Physical or mental abuse; or

   **d.** Corporal punishment;

whether intended or not.

**13. Discrimination**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of actual, alleged or threatened discrimination or harassment due to age, race, color, sex, religion, national origin, sexual preference, handicapped status, or any other type of unlawful discrimination.

**14. Controlled Substance**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs.

This exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

**15. Criminal Acts**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of criminal acts or omissions of or at the direction of an *insured person*, even if such *insured person* is not actually charged with or convicted of a crime.

**16. Assumed Liability**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* for which an *insured person* assumes liability under any contract or agreement.

This exclusion does not apply to written contracts:

   **a.** That directly relate to the ownership, maintenance or use of an *insured location*; or

   **b.** Where the liability of others is assumed by you prior to an *occurrence*;

unless otherwise excluded by this policy.

**17. Civic Activities**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of civic or public activities performed by an *insured person*, unless they are performed without compensation.

**18. Directors And Officers Liability**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of an act, error or omission of an *insured person* as an officer or member of a board of directors of a corporation or organization.

This exclusion does not apply if the corporation or organization is not-for-profit and the *insured person* receives no compensation other than reimbursement of expenses.

**19. Assessments**

We do not cover any assessment charged against an *insured person* as a member of an association, corporation or community of property owners, except as provided in Extra Benefit. **4.** Loss Assessment.





**20. Damage To Owned Or Non-Owned Property**

We do not cover any *property damage* to property:

**a.** Owned or transported by an *insured person*; or

**b.** Rented to, occupied or used by or in the care of an *insured person*, except *property damage* caused by fire, smoke or explosion.

**21. Injury To Employees**

We do not cover any:

**a.** *Medical expenses* sustained by a *domestic employee* if the *bodily injury*:

**(1)** Occurs off the *insured location*; and

**(2)** Does not arise out of or in the course of the *domestic employee's* employment by an *insured person*; or

**b.** *Personal injury* sustained by any person as a result of an offense, including wrongful termination, directly or indirectly related to the employment of this person by an *insured person*.

**22. Workers' Compensation Or Disability**

We do not cover any *bodily injury* or *medical expenses* to any person eligible to receive any benefits voluntarily provided or required to be provided by an *insured person* under any:

**a.** Workers' compensation law;

**b.** Unemployment compensation;

**c.** Disability benefits;

**d.** Occupational disease law;

**e.** Jones Act or General Maritime Law; or

**f.** Other similar laws.

However, we do provide coverage in excess over any other insurance for damages an *insured person* is legally obligated to pay for *bodily injury* or *medical expenses* to a *domestic employee* of a location shown in the Declarations which are not compensable under workers' compensation, unless another exclusion applies.

**23. Resident Liability**

We do not cover any:

**a.** *Bodily injury* or *personal injury* to you or an *insured person* as defined under Definition 9.a.. This exclusion also applies to any claim made or suit brought against you or an *insured person*:

**(1)** To repay; or

**(2)** Share damages with;

another person who may be obligated to pay damages because of *bodily injury* or *personal injury* to an *insured person*; or

**b.** *Medical expenses* to any person, other than a *domestic employee* of an *insured person*, regularly residing on any part of the *insured location*.

**24. Pollution Or Contamination**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants from any source at any time. We also do not cover any cost or expense arising out of any request, demand or order to:

**a.** Extract pollutants from land or water; or

**b.** Remove, restore or replace polluted or contaminated land or water; or

**c.** Test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants, or in any way respond to or assess the effects of pollutants.





A pollutant is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, dust, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be disposed of, recycled, reconditioned or reclaimed. A contaminant is an impurity resulting from the mixture of or contact of a substance with a foreign substance.

## LIABILITY CONDITIONS

**1. Duties After Occurrence**

In case of an *occurrence* covered by this policy, we have no duty to provide coverage unless there has been full compliance with the following duties by an *insured person* or their representative:

**a.** Give written notice to us or our agent as soon as is practical, which sets forth:

   **(1)** The identity of the policy and the named insured shown in the Declarations;

   **(2)** Reasonably available information on the time, place and circumstances of the occurrence; and

   **(3)** Names and addresses of any claimants and witnesses;

**b.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

**c.** Promptly forward to us every notice, demand, summons or other process relating to the *occurrence*;

**d.** At our request, help us:

   **(1)** To make settlement;

   **(2)** To enforce any right of contribution or indemnity against any person or organization who may be liable to an *insured person*;

   **(3)** With the conduct of suits and attend hearings and trials; and

   **(4)** To secure and give evidence and obtain the attendance of witnesses;

**e.** With respect to Medical Expenses:

   **(1)** The injured person or their representative will:

      **(a)** Give us written proof of claim, under oath if required, as soon as is practical; and

      **(b)** Authorize us to obtain copies of medical reports and records.

   **(2)** The injured person will submit to a physical examination by a doctor of our choice when and as often as we reasonable require;

**f.** With respect to Extra Benefit **3.** Voluntary Payments, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an *insured person*'s control; and

**g.** No *insured person* shall, except at such *insured person's* own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the *bodily injury* or *personal injury*.

**2. Limit Of Liability**

Our total liability under Personal Liability for all damages resulting from any one *occurrence* will not be more than the Personal Liability limit shown in the Declarations. This limit is the same regardless of the number of *insured persons*, claims made, persons injured or locations insured.

Our total liability under Medical Expenses for all medical expense payable for *bodily injury* to one person as the result of one accident will not be more than $50,000.

**3. Legal Action Against Us**

**a.** No action can be brought against us unless there has been full compliance with all of the terms under Part II.

**b.** No one will have the right to join us as a party to any action against an *insured person*.

**c.** No action can be brought against us until the obligation of such *insured person* has been determined by final judgment or agreement signed by us.





4. **Severability Of Insurance**

   This insurance applies separately to each *insured person.* This condition will not increase our limit of liability for any one *occurrence.*

5. **Bankruptcy**

   Bankruptcy or insolvency of an *insured person* will not relieve us of our obligations under this policy.

6. **Other Insurance**

   This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

7. **Policy Period**

   This policy applies only to *bodily injury, property damage* or *personal injury* which occurs during the *policy period.*

---

### PART III - GENERAL CONDITIONS

---

1. **Concealment Or Fraud**

   We do not provide coverage to an *insured person* who, whether before or after a loss or *occurrence,* has:

   **a.** Intentionally concealed or misrepresented any material fact or circumstance;

   **b.** Engaged in fraudulent conduct; or

   **c.** Made false statements;

   relating to this insurance.

2. **Termination**

   **a. Cancellation**

   **(1)** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

   **(2)** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   **(a)** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   **(b)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

   **(c)** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

   **(i)** If there has been a material misrepresentation or concealment of fact or circumstance which if known to us would have caused us not to issue the policy; or

   **(ii)** If the risk has changed substantially since the policy was issued.

   This can be done by letting you know at least 30 days before the date cancellation takes effect.

   **(3)** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

   **(4)** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

---



**b.  Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**3.  Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the *policy period* stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

**a.**  A subsequent edition of this policy; or

**b.**  An amendatory endorsement.

**4.  Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**5.  Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**6.  Our Right To Recover Payment**

If we make payment to a person under the terms of this policy, that person's right to recover any payments is automatically transferred to us. The person who receives our payment agrees to:

**a.**  Sign and deliver all related papers and cooperate with our effort to recover payments; and

**b.**  Do nothing to jeopardize or interfere with our ability to recover payments.

This General Condition does not apply to Medical Expenses coverage or Extra Benefit **3.** Voluntary Payments under Part II.

**7.  Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

**a.**  We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

**b.**  *Insured person* includes:

**(1)**  An *insured person* who is a member of your household at the time of your death, but only while a resident of the *residence premises*; and

**(2)**  With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**8.  Conformance With State Law**

If part of this policy does not comply with the laws of the state in which it is written, that part is amended to comply with those laws.



## TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

| Named Insured JEFFREY B COHEN | | | | Endorsement Number |
|---|---|---|---|---|
| Policy Symbol | Policy Number 268043117 | Policy Period 11/30/2012   to   11/30/2013 | | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) BANKERS STANDARD INSURANCE COMPANY | | | | |

Insert the policy number  The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance, including, but not limited to, the payment of claims. All other terms and conditions of policy remain unchanged.

Authorized Agent


**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY REMEDIATION AND
## LIMITED LIABILITY COVERAGES FOR ESCAPED LIQUID FUEL

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

The coverage provided by this endorsement and the applicable coverage limits shown in the Declarations apply. These limits of liability apply to the total of all loss or expense, including loss assessments, payable under this endorsement, regardless of the number of locations insured under this endorsement and listed in the Declarations or the number of assessments charged against the *insured person* during the *policy period*.

**NOTE:**

No coverage is provided by this endorsement for a farming exposure. All references to *incidental business* that are a farm operation are removed.

---
**DEFINITIONS**
---

7. *Incidental business* is deleted and replaced by the following:

7. *Incidental business* means a *business* activity, other than a farm operation, conducted by an *insured person* that:

   **a.** Does not produce more than $15,000 in annual gross revenues;

   **b.** Does not involve the employment of others subject to any workers' compensation, disability benefits, unemployment compensation or other similar laws; and

   **c.** Conforms to local, state and federal laws.

   *Incidental business* includes a *residence premises* listed in the Declarations that you own and rent to others.

16. *Residence premises* is deleted and replaced by the following:

16. *Residence premises* means:

   **a.** A one or two family dwelling, condominium, cooperative unit, apartment that you own or reside in; or

   **b.** That part of any other building where you reside;

   and which is shown as the *residence premises* in the Declarations; and

   **c.** Any location shown in the Declarations to which this endorsement applies.

   *Residence premises* also includes other structures and grounds at the locations described in **16.a.** through **c.** above.

The following definitions are added:

19. *Covered real property*. The following applies only to Part I – Property Coverages – Property Remediation For Escaped Liquid Fuel Coverage:

   **a.** *Covered real property* means:

   **(1)** Property owned by an *insured person* and covered under Residences of this policy;

   **(2)** Any other one or two family residence owned by an *insured person* and shown in the Declarations to which this endorsement applies;

   **(3)** Materials and supplies located on or next to the *residence premises*, used to construct, alter or repair the residence or other structures on the *residence premises*;

---

   (4) Property owned by an *insured person* and covered under Other Structures of this policy, provided such policy is located on the *residence premises*; and

   (5) Land, other than farm land:

   (a) Which is within the *residence premises*;

   (b) Which is owned by an *insured person;* and

   (c) On which a building or structures described in **19.a.(1)** through **(4)** is located.

b. *Covered real property* does not include:

   (1) Water;

   (2) Other structures that are part of the *fuel system;* or

   (3) Trees, shrubs, plants or lawns, except to the extent provided in **3.c.** of this endorsement.

20. *Covered personal property.* The following applies only to Part I – Property Coverages – Property Remediation For Escaped Liquid Fuel Coverage:

a. *Covered personal property* means personal property:

   (1) Owned or used by an *insured person* and covered under this policy; and

   (2) Located on the *residence premises.*

b. Loss to such property shall be subject to Personal Property – Special Limits Of Insurance that apply.

21. *Fuel system* means:

a. .One or more containers, tanks or vessels which have a total combined storage capacity of 100 or more U.S. gallons of liquid fuel; and

   (1) Are, or were, used to hold liquid fuel that is intended to be used solely for one or more of the following:

   (a) To heat or cool a building;

   (b) To heat water;

   (c) To cook food; or

   (d) To power motor vehicles or watercraft owned by an *insured person* and not used primarily for *business;* and

   (2) Are, or were, located on:

   (a) *Covered real property;* or

   (b) An *insured location;*

b. Any pumping apparatus, which includes the motor, gauge, nozzle, hose or pipes that are, or were, connected to one or more containers, tanks or vessels described in **21.a.** above;

c. Filler pipes and flues connected to one or more containers, tanks or vessels described in **21.a.** above;

d. A boiler, furnace or a water heater, the liquid fuel for which is stored in a container, tank or vessel described in **21.a.** above, and which is located on:

   (1) *Covered real property;* or

   (2) An *insured location;*

e. Fittings and pipes connecting the boiler, furnace or water heater to one or more containers, tanks or vessels described **21.a.** above; or

f. A structure that is specifically designed and built to hold the liquid fuel that escapes from one or more containers, tanks or vessels described in **21.a.** above    .


## PART I – PROPERTY

### PROPERTY COVERAGES

The following coverage is added:

**Property Remediation For Escaped Liquid Fuel Coverage**

1. With respect to the total of all escapes of liquid fuel from a *fuel system* which an *insured person* first discovers or learns of during the *policy period*, we will pay up to the limit of liability shown in the Declarations for loss or expense described in **3.** below.

2. The limit shown in the Declarations for this coverage is the most we will pay for the total of all loss or expense payable under **3.** below, regardless of the:

   **a.** Number of locations insured under this endorsement;

   **b.** Number of escapes of liquid fuel from a *fuel system* an *insured person* first discovers or learns of during the *policy period;* or

   **c.** Number of claims made.

3. **Loss Or Expense Covered**

   This coverage pays for:

   **a.** Loss to:

   **(1)** *Covered real property;* or

   **(2)** *Covered personal property;*

   caused directly or indirectly by the escape of such fuel from a *fuel system*;

   **b.** The reasonable expense you incur to:

   **(1)** Take temporary measures to stop the further escape of liquid fuel from any part of the *fuel system*;

   **(2)** Retard or stop the spread of escaped liquid fuel;

   **(3)** Clean up, remove or treat loss or damage to:

   **(a)** *Covered real property;* or

   **(b)** *Covered personal property;* or

   **(4)** Test, monitor, or assess the effects of the escape of liquid fuel in, on or away from *covered real property:*

   **(a)** As required by law; or

   **(b)** In response to a request, demand, or order by a governmental authority or court of law.

   We will pay for such expense only if it results from the same escape that is payable under **a.** or **b.(1)** through **(3)** above;

   **c.** Loss to trees, shrubs, plants or lawns, located on the *residence premises*, but only if there is loss or expense caused by the same escape that is payable under **a.** or **b.** above. However, we will not pay more than $15,000 for the total of all loss to trees, shrubs, plants or lawns. No more than $1,500 of this amount will be payable for any lawn or any one tree, shrub or plant.

   **d.** **Additional Living Expense**

   **(1)** Additional Living Expense means any necessary increase in living expenses you incur, so that your household can maintain its normal standard of living, if the escape of liquid fuel:

   **(a)** Results in loss or expense payable under **a.** or **b.** above; and

   **(b)** Makes that part of the *residence premises* where you reside not fit to live in.

   **(2)** Payment for Additional Living Expense will be for the shortest time required:

   **(a)** To make that part of the *residence premises* where you reside fit to live in; or

   **(b)** For your household to settle elsewhere, if you permanently relocate.

   This period of time applies even if it extends past the expiration date of this policy.

   We do not cover loss or expense due to cancellation of a lease or agreement.

**(3)** This coverage does not increase the limit of liability shown in the Declarations.

**(4)** Part I – Extra Benefits, **1.** Loss Of Use in the policy form does not apply to this endorsement.

**4. Deductible**

The deductible amount that applies to the *residence premises* applies to covered loss or expense under this coverage. We only pay that part of the total of all loss or expense payable under **3.** above that exceeds that deductible amount.

**5. Loss Or Expense Not Covered**

We will not pay:

**a.** For any diminution or reduction in the market value of any:

**(1)** *Covered real property;* or

**(2)** *Covered personal property;*

whether or not such property is damaged;

**b.** For any damage resulting from the loss of or reduction in value of a pending sale of:

**(1)** *Covered real property;* or

**(2)** *Covered personal property;*

**c.** To replace any fuel;

**d.** For any expense to:

**(1)** Demolish or remove; or

**(2)** Repair, replace, rebuild or restore;

any part of a *fuel system*, other than those expenses provided for in **3.a.** or **b.** above; or

**e.** For any damage that results from an escape from:

**(1)** One or more containers, tanks or vessels, that are, or were, used to hold liquid fuel and are a part of a motor vehicle or watercraft; or

**(2)** Related lines or parts, that are, or were, connected to a motor vehicle or watercraft.

**6.** The Extra Benefits and Losses We Do Not Cover sections in Part I of the policy form apply to this Property Remediation For Escaped Liquid Fuel Coverage.

**7.** The Part I – Property Conditions in the policy form apply to this Property Remediation For Escaped Liquid Fuel Coverage except as provided for in Property Conditions **6.** below.

**8.** This Property Remediation For Escaped Liquid Fuel Coverage does not apply to any *residence premises* at which the containers, tanks or vessels, described in Definition **21.a.** *fuel system* above, have a total combined storage capacity of less than 100 U.S. gallons of liquid fuel.

Coverage, if any, for escape of liquid fuel from such containers, tanks or vessels is subject to those:

**a.** Losses We Do Not Cover;

**b.** Conditions;

**c.** Other provisions; and

**d.** Limits of Liability;

that apply to real and personal property under the policy to which this endorsement is attached.

---

**LOSSES WE DO NOT COVER**

**13. Pollution Or Contamination** does not apply to this Property Remediation For Escaped Liquid Fuel Coverage.



## PROPERTY CONDITIONS

With respect to loss or expense described in Part I – Property Coverages above, Condition 6. Other Insurance And Service Agreement is deleted and replaced by the following:

**6. Other Insurance, Service Agreements And Government Funds**

If loss or expense covered in Part I – Property Coverages above is also covered by:

**a.** Other insurance, we will pay only the proportion of the loss or expense that the limit of liability that applies under this endorsement bears to the total amount of insurance covering the loss or expense;

**b.** A service agreement, then this Property Remediation For Escaped Fuel Coverage is excess over any amounts payable under any such agreement. Service Agreement means a *fuel system* service plan, property restoration property plan, or similar service or warranty agreement, even if it is characterized as insurance; or

**c.** A government fund, we will pay only the proportion of the loss or expense that the limit of liability that applies under this endorsement bears to the total amount payable for the loss or expense to the extent permitted by law.

## PART II – LIABILITY

### LIABILITY COVERAGES

#### Limited Escaped Liquid Fuel Liability Coverage

**1.** With respect to *bodily injury, medical expenses* or *property damage* described in **2.** below, the coverages provided by Part II –Liability Coverages, Personal Liability and Medical Expenses in the policy form, and the limits of liability stated in the Declarations do not apply.

**2.** This coverage applies if a claim is made or a suit is brought against an *insured person* for damages because of *bodily injury, property damage* or *medical expenses* caused by an *occurrence* involving the escape of fuel from a *fuel system*. However, this limited coverage does not apply to an *occurrence* of fire or explosion that results from such escaped fuel. Damages resulting from such an *occurrence* of fire or explosion are subject to the Personal Liability limit of the policy to which this endorsement is attached.

NO OTHER ESCAPED LIQUID FUEL LIABILITY COVERAGE APPLIES UNDER THIS POLICY EXCEPT AS PROVIDED IN **2.** ABOVE AND EXTRA BENEFITS BELOW.

**3.** If coverage applies as stated in **2.** above, we will:

**a.** Pay up to the Aggregate Limit Of Liability stated in the Declarations for damages for which an *insured person* is legally liable; and

**b.** Provide a defense at our expense by counsel of our choice even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the Aggregate Limit Of Liability stated in the Declarations for damages resulting from *bodily injury, property damage* or *medical expenses* described **2.** above has been exhausted by payment of a judgment or settlement.

**4.** With respect only to applying the provisions of this coverage as described in **2.** above, *bodily injury, property damage* or *medical expenses* caused in whole or in part by an *occurrence* described in **2.** above shall be deemed to have been caused solely by such an *occurrence* regardless of any other covered cause or event contributing to the *bodily injury, property damage* or *medical expenses.*

**5.** The Part II – Extra Benefits in the policy form apply with respect to this coverage as described in **1.** through **4.** above except as provided in Part II – Extra Benefits below.

**6.** The Part II – Liability Conditions in the policy form apply with respect to this coverage as described in **1.** through **4.** except as provided in Part II – Liability Conditions below.

**7.** This coverage does not apply to an *insured location* at which the containers, tanks or vessels, described in Paragraph **a.** of Definition **21.** *fuel system* above, have a total combined storage capacity of less than 100 U.S. gallons of liquid fuel.

Coverage, if any, for escape of liquid fuel from such containers, tanks or vessels is subject to those:

a.  Losses We Do Not Cover;

b.  Conditions;

c.  Other provisions; and

d.  Limits of Liability;

that apply to Personal Liability and Medical Expenses under the policy to which this endorsement is attached.

## EXTRA BENEFITS

With respect to coverage described in Part II – Liability Coverages above, Extra Benefit 4. Loss Assessment in the policy form is deleted and replaced by the following:

4.  **Loss Assessment**

a.  We will pay up to the Aggregate Limit Of Liability as stated in the Declarations for your share of loss assessment charged against you, as owner or tenant of the *residence premises*, during the *policy period* by a corporation or association of property owners, when the assessment is made as a result of:

(1)  An *occurrence* involving the escape of fuel from a *fuel system*; or

(2)  Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

(a)  Is elected by the members of a corporation or association of property owners; and

(b)  Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

b.  We do not cover assessments charged against you or a corporation or association of property owners:

(1)  As required by law; or ·

(2)  In response to a request, demand or order by a governmental authority or court of law.

c.  Regardless of the number of assessments, the Aggregate Limit Of Liability stated in the Declarations is the most we will pay for loss arising out of:

(1)  All accidents, including continuous or repeated exposure to the same general harmful conditions; or

(2)  All covered acts of one or more directors, officers or trustees. An act involving more than one director, officer or trustee is considered to be a single act.

THE LIMIT APPLICABLE TO THIS LOSS ASSESSMENT COVERAGE DOES NOT INCREASE THE AGGREGATE LIMIT OF LIABILITY STATED IN THE DECLARATIONS.

## LIABILITY CONDITIONS

Conditions **2.** Limit Of Liability, **4.** Severability Of Insurance and **7.** Policy Period in the policy form are deleted and replaced by the following:

2.  **Aggregate Limit Of Liability**

Our total liability in any one *policy period* for all damages resulting from the total of all *bodily injury*, *property damage* or *medical expenses* during the *policy period* will not be more than the Limited Escaped Liquid Fuel Liability Coverage Aggregate Limit Of Liability stated in the Declarations. This is the most we will pay regardless of the:

a.  Number of locations insured under the policy to which this endorsement is attached;

b.  Number of persons injured;

c.  Number of persons whose property is damaged;

d.  Number of *insured persons*; or

e.  Number of claims made.

 **ACE Platinum Portfolio**

The *occurrence* limit of liability does not apply to this coverage.

**4. Severability Of Insurance**

This insurance applies separately to each *insured person* except with respect to the Aggregate Limit of Liability described in **2.** Aggregate Limit of Liability above. This condition will not increase the Limit for this coverage.

**7. Policy Period**

This endorsement applies to *bodily injury, property damage* or *medical expenses* described in **2.** under Liability Coverages above which occurs during the *policy period.*

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

## CHEMICAL HAZARDS EXCLUSION

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

This endorsement applies only to the location(s) listed in the Declarations for which **CHEMICAL HAZARDS EXCLUSION** is shown.

### PART I – PROPERTY

### LOSSES WE DO NOT COVER

The following exclusion is added:

**Chemical Hazards**

We do not cover any loss caused by any chemical, biological, bio-chemical, or electromagnetic contamination, whether controlled or uncontrolled, or however caused. This includes any incident:

1. That involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3. In which pathogenic or poisonous biological or chemical materials are released.

Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

### PART II – LIABILITY

### DAMAGES WE DO NOT COVER

The following exclusion is added:

**Chemical Hazards**

We do not cover any *bodily injury, property damage, personal injury* or *medical expenses* caused by any chemical, biological, bio-chemical, or electromagnetic contamination, whether controlled or uncontrolled, or however caused. This includes any incident:

1. That involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3. In which pathogenic or poisonous biological or chemical materials are released.



ACE Platinum Portfolio·

## THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

## HOME DEDUCTIBLE RESERVE

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

For a reduced premium, the deductible that applies to Part I is $2,500 or higher for at least one location shown in the Declarations. In addition to receiving this reduced premium, the following applies:

### PART I – PROPERTY

### PROPERTY CONDITIONS

**3. Loss Settlement** is amended as follows:

The following paragraph is added to a. Application Of Deductible:

**(6) Deductible Reserve**

For every *policy period* that the deductible amount shown in the Declarations for a location is at least $2,500 and does not sustain a loss in which the deductible would otherwise apply, we will allocate 10% of the deductible amount in a Deductible Reserve to be used in the event of a future covered loss. For example, if the location does not sustain a covered loss for four *policy periods* and a deductible of $5,000 is maintained over that period of time, the Deductible Reserve will be $2,000. If the location sustains a loss in the following *policy period*, you may use the Deductible Reserve to reduce the applicable deductible amount to $3,000.

The Deductible Reserve is subject to the following conditions:

**(a)** The Deductible Reserve applies only to the covered location with a deductible amount of at least $2,500. If more than one location has a deductible amount of at least $2,500, a separate Deductible Reserve will apply to each location;

**(b)** The Deductible Reserve may be used for any covered loss to which the deductible applies;

**(c)** The Deductible Reserve cannot exceed the deductible amount shown in the Declarations;

**(d)** The Deductible Reserve is eliminated for the applicable location in the event that we pay a loss;

**(e)** The Deductible Reserve is eliminated for the applicable location if the deductible amount is reduced below $2,500; and

**(f)** The Deductible Reserve may not be used if any of the following deductibles apply to the applicable location:

**(i)** Windstorm or Hail deductible;

**(ii)** Earthquake deductible;

**(iii)** Vacancy deductible;

**(iv)** Construction deductible; or

**(v)** Any other specifically listed deductible.


**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

## MARYLAND HOME ENDORSEMENT

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

### PART I - PROPERTY
### EXTRA BENEFITS

**1. Loss Of Use**

    **a.** is amended as follows:

        **(3) Evacuation Resulting From Neighboring Property** is deleted and replaced by the following:

        **(3) Evacuation Resulting From Neighboring Property**

            If a civil authority prohibits you from use of the *residence premises* as a result of direct damage to neighboring premises by a covered loss:

            **(a)** We cover the loss as provided in Additional Living Expense above up to $20,000.

            **(b)** We cover the loss as provided in Fair Rental Value above for no more than 30 days.

**11. Loss Assessment** is amended as follows:

    **a.** is deleted and replaced by the following:

    **a.** We will pay up to $100,000 for your share of loss assessment charged during the *policy period* against you as a member of a Homeowners, Condominium or Cooperative Association. The assessment must be made as a result of direct physical loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, and caused by a covered loss other than:

        **(1)** Earthquake; or

        **(2)** Land shock waves or tremors before, during or after a volcanic eruption.

### PROPERTY CONDITIONS

**3. Loss Settlement**

    **b. Residences And Other Structures** is amended as follows:

        **(4)** is deleted and replaced by the following:

        **(4)** You may make claim under this policy for loss or damage on an *actual cash value* basis. You may then make claim within 2 years after loss for any additional payment on a *replacement cost* basis.

    **c. Personal Property** is amended as follows:

        The following paragraph is added:

        **(4)** You may make claim under this policy for loss or damage on an *actual cash value* basis. You may then make claim within 2 years after loss for any additional payment on a *replacement cost* basis.

4. **Appraisal** is deleted and replaced by the following:

4. **Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the *residence premises* is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

   **a.**  Pay its own appraiser; and

   **b.**  Bear the other expenses of the appraisal and umpire equally.

6. **Other Insurance And Service Agreement** is deleted and replaced by the following:

6. **Other Insurance**

If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of insurance that applies under this policy bears to the total amount of insurance covering the loss.

For a Condominium or Cooperative Unit:

   **a.**  If a loss covered by this policy is also covered by other insurance, except insurance in the name of a corporation or association of property owners, we will pay only the proportion of the loss that the limit of insurance that applies under this policy bears to the total amount of insurance covering the loss; or

   **b.**  If, at the time of loss, there is other insurance in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance will be excess over the amount recoverable under such other insurance.

7. **Legal Action Against Us** is deleted and replaced by the following:

7. **Legal Action Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Part I of this policy and the action is started within three years from the date it accrues.

---

## PART II - LIABILITY

4. **Loss Assessment** is amended as follows:

   **a.**  is deleted and replaced by the following:

   **a.**  We will pay up to $100,000 for your share of loss assessment charged during the *policy period* against you as a member of a Homeowners, Condominium or Cooperative Association when the assessment is made as a result of:

      **(1)**  An *occurrence* covered by this policy; or

      **(2)**  Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

         **(a)**  Is elected by the members of a corporation or association of property owners; and

         **(b)**  Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

The following exclusion is added:

**Sale Of Property**

We do not cover any damages arising out of any written or oral statement made by you or others on your behalf which is material to the sale of any property.


---

**PART III - GENERAL CONDITIONS**

---

2. **Termination** is deleted and replaced by the following:

2. **Termination**

   a. **Cancellation**

      **(1)** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

      **(2)** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice shall be mailed to you at your last address known to us by certificate of mail.

         **(a)** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

         **(b)** When this policy has been in effect for less than 45 days and is not a renewal with us, we may cancel, if the risk does not meet our underwriting standards by letting you know at least 15 days before the date cancellation takes effect.

         **(c)** When this policy has been in effect for 45 days or more, or at any time if it is a renewal with us, we may cancel:

            **(i)** If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

            **(ii)** If the risk has changed substantially since the policy was issued.

         This can be done by letting you know at least 45 days before the date cancellation takes effect.

      **(3)** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

      **(4)** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

   b. **Nonrenewal**

      We may elect not to renew this policy. We may do so by mailing to you, at your last address known to us, written notice by certificate of mail at least 45 days before the expiration date of this policy. A certificate of mail will be proof of mailing and will be sufficient proof of notice.

## MARYLAND ANNUAL SUMMARY OF HOMEOWNERS COVERAGES AND EXCLUSIONS

This Annual Summary of your Homeowners Coverages is to assist you by serving as an overview of the coverages and exclusions under your policy; it is not part of your policy; does not create a private right of action; and is not a substitute for your policy. This Summary is being provided for your general information only. You should read your policy for complete information on coverages and exclusions as all rights, duties and obligations are controlled by the policy and contract of insurance, not this Summary. This Summary outlines the usual coverages and exclusions contained in the policy form and does not include any optional coverages you may have purchased. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and your Annual Summary of Homeowners Coverages and Exclusions, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL.**

**Please note: This policy does NOT cover losses from flood.** Flood insurance may be purchased through the National Flood Insurance Program or other sources

**Summary of Coverages:**

The two general types of coverages provided by your policy are 1) property coverage, also referred to as Part I coverage, and 2) liability coverage, also referred to as Part II coverage.

The Property Coverage portion of your policy covers losses resulting from damage to your residence and structures attached to your residence; it covers losses resulting from damage to other structures on your residence premises set apart from your residence; it covers losses to personal property owned by you or used by you subject to specific coverage limits based on the location and type of personal property; and, it also covers certain additional living expenses or the fair rental value of the part of your residence in which you live if a covered loss makes your residence not fit to live in.

The Liability Coverage portion of your policy protects you against claims and legal actions resulting from property damage or bodily injury to others as a result of an accident and for which you are legally liable, and medical expenses for bodily injury to others.

In addition to the basic property and liability coverage, your policy contains some additional coverages that are summarized below. Each property, liability and additional coverage is subject to the specific terms, conditions, exclusions, limits and deductibles set forth in your policy and the Declarations Page, which is the front page of your policy that provides a listing of all the coverages and limits of those coverages that you have purchased.

**Separate Hurricane or Wind/Hail Deductible**

This policy may include a separate deductible for losses caused by hurricane or wind/hail. To see if this type of deductible applies to your policy, refer to the Coverage Description section of your Declarations Page.

If applicable, the following illustrates how this type of separate deductible is applied under your policy: If your coverage limit is $200,000 and you have a 2% hurricane or wind/hail deductible, then your hurricane or wind/hail deductible would be $4,000 ($200,000 X .02).

| | |
|---|---|
| Total amount of all covered losses due to hurricane or wind/hail | $22,500 |
| Less 2% deductible | 4,000 |
| Net payment to insured | $18,500 |

**Windstorm Mitigation Credits:**

The Company offers premium credits if you have improved your home's construction to mitigate windstorm losses. The credits are available for improvements to:  roof coverings, roof deck attachment, roof-to-wall connections, opening protection, secondary water resistance, roof shape, door strength and garage door strength. Contact your agent for information on how to apply for these credits.


### Property (Part I) Coverages

Please refer to your policy for a description of the **Loss Settlement** and **Loss Payment** methods.

**Loss Settlement Basis:** Losses for damage to covered structures and property will be settled as follows.

| | |
|---|---|
| Dwelling Structure: | Replacement Cost |
| Other Structures: | Replacement Cost |
| Personal Property: | Replacement Cost |
| Loss of Use: | Actual Cash Value |

### Losses We Cover:

All perils except those described in Losses We Do Not Cover.

### Losses We Do Not Cover:

- Earth Movement (dwelling and other structures only)
- Water - flood, surface water, waves, etc.
- Intentional Loss
- Criminal Acts
- Misappropriation
- Neglect
- Governmental Action
- War
- Nuclear Hazard
- Deterioration
- Breakdown
- Pollution Or Contamination
- Smog
- Freezing Or Pressure To Certain Structures
- Freezing of Systems or Appliances
- Structural Movement
- Watercraft Accidents
- Loss By Birds, Rodents, Insects Or Vermin
- Dampness or Extreme Temperatures
- Restoration
- Weather Conditions
- Acts or Decisions
- Faulty, Inadequate or Defective Planning, Design or Materials
- Uninsured Personal Property At Owned Residence

**Extra Benefits:**

- Loss of Use, including  Additional Living Expense, Fair Rental Value and Evacuation Resulting from Neighboring Property
- Debris Removal
- Tree Removal
- Landscaping
- Land Restoration
- Collapse
- Rebuilding to Code
- Business Property
- Ensuing Fungi, Wet or Dry Rot, or Bacteria
- Mine Subsidence
- Loss Assessment
- Identity Fraud Expenses
- Kidnap Expenses
- Credit Cards, Fund Transfer Cards, Forgery, Counterfeit Money and Home Banking
- Mortgage Expenses
- Personal Computer Records
- Food Spoilage
- Residence Premises Alteration Coverage
- Public Service Charges
- System Coverage
- Loss Prevention Device
- Reward Coverage
- Lock Replacement
- Increased Realty Tax Assessment
- Pet Coverage
- Cost of Temporary Repairs
- Property Removed
- Moving And Storing Expenses
- Preventative Measures

## Liability (Part II) Coverages

**Extra Benefits:**

- Legal Services
- First Aid Expenses
- Voluntary Payments
- Loss Assessment



**Damages We Do Not Cover:**
- Expected or Intended Injury
- Motor Vehicles
- Watercraft
- Aircraft
- Business
- Professional Services
- War
- Nuclear Hazard
- Molestation, Harassment Or Abuse
- Controlled Substance
- Sale of Property

This Annual Summary of Homeowners Coverages is just a summary of the coverages and exclusions under your policy. It is not an exhaustive list. Some claims may or may not be covered depending on the facts and circumstances surrounding the loss. You should read your policy for complete information regarding your coverage. The Declarations Page, the front page of your policy, will provide a listing of all the coverages and limits of those coverages that you have purchased. Should you have any questions regarding this summary, your policy, its coverages or the limits of coverage, you should contact your insurance producer or agent or your insurance company directly to discuss your policy with them.