# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JEFFREY B. COHEN, | * |
| Plaintiff, | * |
| vs. | |
| | *    Civil Action No. 1:14-CV-00313-JFM |
| BANKERS STANDARD INSURANCE COMPANY d/b/a ACE PRIVATE RISK SERVICES, | * |
| | * |
| Defendant. | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECLARATION OF DETECTIVE KURT WILHELM

My name is Detective Kurt Wilhelm, and I am over eighteen (18) years of age and competent to testify to the matters stated herein. All of the statements herein are of my personal knowledge.

1. I am a Detective and Fire Investigator for the Baltimore County Police Department, and I am responsible for the investigation of fire-related incidents in Baltimore County, Maryland. In this capacity, I investigated the fire that occurred at Jeffrey B. Cohen's home ("Mr. Cohen") located at 1 Cooperfield Ct. in Phoenix, Maryland, on October 6, 2013.

2. I determined that the fire at Mr. Cohen's home was incendiary in nature and intentionally set. A true, accurate and correct copy of the Incident Report related to investigation is attached as Exhibit "A."

3. During the course of the investigation, Mr. Cohen advised me that he had been sent an email by a John Doe bearing the email address jeffcohenisathief@gmail.com. Mr. Cohen said that he believed the sender of this email could have been involved in setting the fire at his home.

I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 20th day of March, 2014.

_____
Det. Kurt Wilhelm

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JEFFREY B. COHEN, | * | |
| Plaintiff, | * | |
| vs. | | |
| | * | Civil Action No. 1:14-CV-00313-JFM |
| BANKERS STANDARD INSURANCE COMPANY d/b/a ACE PRIVATE RISK SERVICES, | * | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

This is to certify that on March 28, 2014, I served a true and correct copy of the foregoing **DECLARATION OF DETECTIVE KURT WILHELM** via Electronic Mail and U.S. Mail on the following:

Jeffrey B. Cohen, *pro se*
2419 Long Ridge Road
Reisterstown, MD 21136
jcohen@risk-works.com

/s/ Alycen A. Moss
Alycen A. Moss, Admitted *Pro Hac Vice*

# EXHIBIT A

# BALTIMORE COUNTY POLICE DEPARTMENT
## MISCELLANEOUS CRIME AND INCIDENT REPORT

"Integrity  Fairness  Service"

| 1. DIV | 2. PC | 3. CC NUMBER |
|---|---|---|
| 07 | 07 | 132790952 |

**4. OFFENSE / INCIDENT:** DWELLING FIRE (A15)
**4.1 CODE:** SF
**5. LOCATION OCCURRED:** 1 COOPERFIELD CT PHOENIX, MD 21131
**6. TYPE OF PREMISE:** RESIDENCE

**7. TIME OCCURRED:** M 10  D 06  Y 13  TIME(S) 1553  DAY(S) SUN
**8. TIME REPORTED:** M 10  D 6  Y 13  T 1555  D SUN

**9. VICTIM / COMPLAINANT / FIRM NAME:** COHEN, JEFFREY BRIAN
**SEX / RACE / DATE OF BIRTH:** M/W 06/12/1975
**10. VICTIM / COMPLAINANT / FIRM ADDRESS:** 2419 LONG RIDGE ROAD REISTERSTOWN, MD 21136

**11. VICTIM/COMPLAINANT EMPLOYMENT / SCHOOL (ADDRESS):** IDG COMPANIES LLC  950 RIDGEBROOK RD 21152
**12. OCCUPATION – HOURS:** OWNER – VARY
**13. SOBRIETY:** SBR
**14. RESIDENCE TELEPHONE:** 443-844-5068
**15. BUSINESS TELEPHONE:** 410-952-6990
**16. NO. OF VICTIMS:** 1

**17. NATURE OF INJURY:** N/A
**CONDITION:** N/A
**18. FORCE / WEAPON USED:** N/A
**19. VICTIM HOSPITALIZED-WHERE?** N/A
**PHYSICIAN:** N/A

### 26. INVESTIGATIVE INTERVIEWS:

| NAME (LAST, FIRST, MIDDLE) | SEX/RACE/DOB-AGE | ADDRESS | CITY/STATE/ZIP | RESIDENCE TELEPHONE | BUSINESS TELEPHONE | FACTOR(S) | RELATION |
|---|---|---|---|---|---|---|---|
| 1. COHEN, CRYSTAL LYNN | F/W 08/19/1981 | S-A # 10 | | 410-241-1127 | N/A | - | I |
| 2. RUDY, ANN MARIE | F/W 10/10/1963 | 37 COOPERFIELD CT | PHOENIX, MD 21131 | 410-329-3334 | N/A | - | I |
| 3. DAGEN, TODD D. (I.O) | M/W 04/30/1965 | 10 COOPERSTOWN CT | PHOENIX, MD 21131 | 443-871-0131 | N/A | - | I |

A 0

### 27. SUSPECT INFORMATION
**SUSPECT ONE: ARRESTED?** ☐ YES OR ☐ NO

B 0

### 28. SUSPECT VEHICLE

**60. CRIME SCENE TECHNICAL WORK:** ☒ NONE  ☐ CRIME LAB  ☐ FIELD  TYPE:

**PHYSICAL EVIDENCE** — C 0
**STOLEN PROPERTY** — D 0
**IS ANY FORM/TYPE OF M.O. PRESENT?** — E 0
**CAN CRIME BE SOLVED WITH INVESTIGATION AT FIELD LEVEL?**

**66. MISCELLANEOUS:**
- SEE ATTACHED FORM 11 -

**80.1 WAS THE MD. CRIME VICTIM/WITNESS BROCHURE ISSUED?** ☐ YES ☒ NO
**80.2 SHIELDING REQUESTED?** ☐ YES ☐ NO
**81. CASE ASSIGNMENT:** 3525
**83. TOTAL SCREENING FACTORS:**

**85. INVESTIGATING OFFICER:** R. MOXLEY  **ID#** 4129
**86. SUPERVISOR'S APPROVAL:**
**86.1 INVESTIGATION COMPLETE? (CIRCLE):** YES OR NO
**87. DATE APPROVED:** 10-06-13

**88. REPORT REVIEW OFFICER:**
**89. REPORTING AREA:** 070690
**90. DATE RECEIVED AT RECORDS:**
**92. TELEX NUMBER:**
**93. CASE STATUS (CIRCLE):** OPEN / EX-CLEAR / SUSPENDED / CLOSED

ARSON
794₺

OCT 0 9 2013

CC NUMBER: 132790952

Form e108 (Rev. 08/2008)

# BALTIMORE COUNTY POLICE DEPARTMENT
## SUPPLEMENT

*"Integrity Fairness Service"*

| 1a. DIV | 2a. PC | 3a. CC NUMBER |
|---|---|---|
| 07 | 07 | 132790952 |

| 4. OFFENSE / INCIDENT | | 5a. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6a. DATE OF ORIGINAL REPORT |
|---|---|---|---|
| DWELLING FIRE | A15 | COHEN, JEFFREY BRIAN | 10 / 6 / 13 |

| 7a. SUPPLEMENT STATUS: | [X] CONTINUATION  OR  [ ] FOLLOW-UP | 8a. IF MULTIPLE CLEARANCES, LIST CC NUMBERS |
|---|---|---|

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE ETC) ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY

| 9a. PAGE NO. 2 | 10a. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 5.a VICTIM [✓] ADULT [ ] JUVENILE |
|---|---|---|---|
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | |

| 11a. REF. BLOCK NUMBER | 12a. NARRATIVE  1 COOPERFIELD CT PHOENIX, MD 21131 | 6.b SHIELDING REQUESTED? [ ] YES [ ] NO |
|---|---|---|

On above date and time the undersigned responded to above address in reference to a dwelling fire. The residence is described as a large 2 story single family home situated on 12.14 acres. Upon arrival the Fire Department was on the scene extinguishing a fire contained in the attached garage. It was learned that the home was unoccupied at the time of this event. FID was notified and requested to respond.

The undersigned spoke to a neighbor identified as 24-1 Ann Rudy. She explained that she received a call from another neighbor, identified as Keith Nause, who saw smoke and flames permeating from the garage. Ann Rudy then received a second call from Keith's wife identified as Kristen Nause. Kristen Nause told Ann Rudy that she had left home a few minutes earlier then her husband Keith. She indicated that she observed the homeowner, later identified as Jeff Cohen, driving out of the driveway operating a white Lexus SUV towing a small utility trailer.

Kristen and Keith Nause
5 Cooperfield Court
Phoenix, MD 21131
cell- 410-404-0952
home- 410-472-4511

The undersigned also spoke to another neighbor identified as 26-3 Todd Dagen. Mr. Dagen advised that he heard a very loud "bang" noise coming from the direction of the Cohen residence minutes before learning of the fire event.

The homeowners, Jeff and Crystal Cohen, returned home shortly after police and fire arrived on scene. Jeff Cohen stated that he had just left the house a short time ago. Investigation revealed that the family is currently moving from the location to another home they own in Reisterstown MD.

FID Detective Wilhelm #2760 responded. Det. Wilhelm advised that FID will conduct a follow-up investigation to determine the cause/source of the fire.

Cpl. Crew #3525 responded to the scene.

No further information.

| SCREENING FACTORS | 13a. INITIAL SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 14a. CASE CONTINUANCE  Arson Squad | | |
|---|---|---|---|---|---|---|---|---|---|
| REVISED TOTAL | REVISED SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 16a. TOTAL SCREENING FACTORS  0 | 16c. CASE STATUS (CIRCLE ONE) OPEN I-CLEAR CLOSED | |
| 17a. REPORT DISTRIBUTION | 18a. INVESTIGATING OFFICER  R. MOXLEY  4129 | | | 19a. SUPERVISOR'S APPROVAL  3525 | | | 20a. DATE  10-06-13 | | |
| CAU  OTHER | 21a. REPORT REVIEW OFFICER | 22a. REPORTING AREA  070690 | | 23a. DATE REC'D BY CENTRAL RECORDS | | | 24a. TELEX NUMBER | | |

132790952

Form e11 (Rev. 08/2008)

# BALTIMORE COUNTY POLICE DEPARTMENT
## WITNESS/STATEMENT FORM



LOCATION: 1 Cooperfield Ct Phoenix MD 21131
NAME: Ann Rudy
ADDRESS: 37 Cooperfield Ct
CITY: Phoenix
STATE: MD   ZIP: 21131
OFFICER'S NAME: Robert T. M____

CC NUMBER: 13-279-0952
AGE: 49   DOB: 10-10-63
PHONE NUMBER: 410-329-3334
WORK NUMBER: —
OTHER NUMBER: —
ID#: 4129   ASSIGNMENT: Pct 7

NEIGHBOR, KEITH NAUSE, CALLED AROUND 3:50 pm TO ALERT ME THAT I MAY HEAR SIRENS BECAUSE THE GARAGE OF CORNER HOUSE WAS ON FIRE. ABOUT 15 MINUTES LATER HIS WIFE, KRISTIN NAUSE, CALLED TO TELL ME THAT SHE SAW HIM, THE OWNER, PULLING OUT OF THE DRIVEWAY AROUND 3:30 PM WHEN SHE DROVE PAST, HEADING OUT OF THE NEIGHBORHOOD. HE WAS DRIVING HIS WHITE LEXUS SUV WITH A TRAILER BEHIND IT.

SIGNATURE: Ann M Rudy
WITNESS: OFC. Robert T. M____ 4129
DATE: 10-6-13   TIME: 1615 hr
WITNESS:

PAGE 1 of 1

Form 14A (Revised 02/07)

**BALTIMORE COUNTY POLICE DEPARTMENT**
**SUPPLEMENT**

*"Integrity . Fairness . Service"*

| 1a. DIV | 2a. PC | 3a. CC NUMBER |
|---|---|---|
| CID | 07 | 13-279-0952 |

| OFFENSE / INCIDENT | 5a. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6a. DATE OF ORIGINAL REPORT |
|---|---|---|
| Arson – 1st Degree   A7 | Cohen, Jeffrey Brian | 10/6/2013 |

7a. SUPPLEMENT STATUS: [ ] CONTINUATION  OR  [X] FOLLOW-UP    8a. IF MULTIPLE CLEARANCES, LIST CC NUMBERS

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC.). ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY.

| 9a. PAGE NO. N/A | 10a. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 5.a VICTIM [✓] ADULT [ ] JUVENILE |
|---|---|---|---|
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | |
| 11a. REF. BLOCK NUMBER | 12a. NARRATIVE | Location: 1 Cooperfield Court, Phoenix, MD. 21131 / AT # 411-13-199 | 5.b SHIELDING REQUESTED? [ ] YES [ ] NO |

Cohen, Crystal Lynn
F/W, DOB-8/19/81
2419 Long Ridge Road
Reisterstown, MD. 21136
C/P # 410-241-1127

My investigation revealed that the fire was reported by Rich Taylor. I interviewed Mr. Taylor who advised that at about 3:45 p.m. he was driving in the area when he noticed a large amount of smoke in the area. He attempted to locate the source of the smoke and discovered it to be coming from the home at 1 Cooperfield Court. He immediately called 911. Mr. Taylor advised that he did not see any vehicles at the location or observe anyone near the home at that time. While he was on the telephone with 911 another vehicle pulled up and he told them the house was on fire. This subject was later identified as Keith Nause.

I then interviewed Keith and Kristen Nause. Keith advised that he left his home which is located in the same development where the fire occurred at about 3:40 p.m. He saw a truck parked in the middle of the roadway just before Cooper Road. He stated that a man got out of the truck and told him that a house was on fire and pointed to the location. He observed heavy smoke and flames coming from the garage at 1 Cooperfield Road. Mr. Nause stated that he did not observe any persons or vehicles near the house at that time. He called his wife, Kristen and told her about the fire. Kristen Nause advised that she had driven past the location at about 3:25 p.m. and did not observe any smoke or fire. She stated that she observed a White, SUV pulling a utility trailer leaving the driveway at location. She could not see who was driving but believes the vehicle belonged to one of the homeowners as she had observed it there on prior occasions.

I then interviewed Todd Dagen. He advised that he was at home watching a football game on television. He heard a loud explosion coming from outside near his home. He stated that he is familiar with the sound gunshots and fireworks and did not believe it to be either. About ten to fifteen minutes later he heard the sirens from fire engines and learned that his neighbors home was on fire.

Taylor, Rich
M/W, DOB-10/6/70
2 Stonewood Court
Phoenix, MD. 21131
C/P # 443-858-7712

Nause, Keith
M/W, DOB- 8/17/68
5 Cooperfield Court
Phoenix, MD. 21131
H/P # 410-472-4511

| SCREENING FACTORS | 13a. INITIAL SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 14a. CASE CONTINUANCE CID | | |
|---|---|---|---|---|---|---|---|---|---|
| REVISED TOTAL | REVISED SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 16a. TOTAL SCREENING FACTORS | 0 | 15a. CASE STATUS (CIRCLE ONE) OPEN X-CLEAR SUSP CLOSED |

| REPORT DISTRIBUTION | 19a. REPORTING OFFICER | ID# | 19b. SUPERVISOR'S APPROVAL | ID# | 20a. DATE |
|---|---|---|---|---|---|
| | Detective Kurt D. Wilhelm #2760 | | Sgt. K.J. Miller 2919 | | 10/22/13 |
| FCU OAU PC OTHER | 21a. REVIEW OFFICER 7949 | 22a. REPORTING AREA 070690 | 23a. DATE REC'D BY CENTRAL RECORDS OCT 2 | 24a. TELEX NUMBER | |

2a. CC NUMBER 13-279-0952

Form e11 (Rev. 04/08)

# BALTIMORE COUNTY POLICE DEPARTMENT
## SUPPLEMENT

*"Integrity Fairness Service"*

| 1a. DIV | 2a. PC | 3a. CC NUMBER |
|---|---|---|
| CID | 07 | 13-279-0952 |

| OFFENSE / INCIDENT | | 5a. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6a. DATE OF ORIGINAL REPORT |
|---|---|---|---|
| Arson – 1st Degree | A7 | Cohen, Jeffrey Brian | 10/6/2013 |

| 7a. SUPPLEMENT STATUS: | [ ] CONTINUATION   OR   [X] FOLLOW-UP | 8a. IF MULTIPLE CLEARANCES, LIST CC NUMBERS |
|---|---|---|

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC). ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY.

| 9a. PAGE NO. N/A | 10a. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 5.a VICTIM [✓] ADULT [ ] JUVENILE |
|---|---|---|---|
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | |

| 11a. REF. BLOCK NUMBER | 12a. NARRATIVE | 5.b SHIELDING REQUESTED? [ ] YES [ ] NO |
|---|---|---|
| | Location: 1 Cooperfield Court, Phoenix, MD. 21131 / AT # 411-13-199 | |

Nause, Kristen
F/W, DOB-1/29/69
(Address & Phone same as above)

Dagen, Todd
M/W, DOB-4/30/65
10 Cooperstown Court
Phoenix, MD. 21131
C/P # 443-871-0131

### Scene Examination:

A search of the Maryland real property records on 1 Cooperfield Court, Phoenix, MD. 21131 revealed that the home was built in 1997 with approximately 8,535 square feet of enclosed area.

Investigation of this fire begins with the exterior of a two story brick dwelling with basement and an attached three car garage. There is no visible fire damage on the exterior of the home; however, there are heavy soot deposits observed above three partially opened doors on the attached garage where the fire occurred. The far left garage door was opened approximately two feet, while the center garage door was half open and the third garage door was completely opened. Firefighters advised that the doors were in the same position when they arrived. The interior of the garage was nearly empty with limited potential ignition sources. A propane grill with a small air conditioning unit on top of it was observed at the front of the garage near the center door. Burn patterns on the wall at this location were indicative of an unconnected fire.

Although the garage had electrical service the only appliance in use was a refrigerator in the 'B/C' corner of the garage. The motor and compressor of the refrigerator was examined and revealed little fire damage. The cord and electrical outlet were also examined and showed no indications of failure.

Located in front of the refrigerator were the remains of several cardboard boxes which had been broken down and several pieces of lumber (2"x3" and 2"x4") These areas were identified as the second and third areas of origin. These fires appeared to be separate and unconnected. The first responding firefighters also reported seeing several "pockets of fire" in these three areas.

In the 'A/B' corner of the garage, I located a red, plastic 2 gallon gas can. The can contained a small amount of fluid that was consistent in the color and smell with gasoline.

I was unable to detect any remnants or evidence of fireworks being deployed, either inside the garage or outside on the property.

| SCREENING FACTORS | 13a. INITIAL SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 14a. CASE CONTINUANCE CID | | |
|---|---|---|---|---|---|---|---|---|---|
| REVISED TOTAL | REVISED SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 15a. TOTAL SCREENING FACTORS  0 | | 1a. CASE STATUS |
| REPORT DISTRIBUTION | ATING OFFICER   ID# Detective Kurt D. Wilhelm #2760 | | | 19a. SUPERVISOR'S APPROVAL Sgt. K.J. Miller | | | ID# 2919 | 20a. DATE 10/22/13 | (CIRCLE ONE) OPEN |
| FCU CIU OTHER | REVIEW OFFICER 7943 | 22a. REPORTING AREA 070690 | | 23a. DATE REC'D BY CENTRAL RECORDS | | 24a. TELEX NUMBER | | | X-CLEAR SUSP CLOSED |

Form e11 (Rev. 04/08)    OCT 2 ...

13-279-0952

# BALTIMORE COUNTY POLICE DEPARTMENT
## SUPPLEMENT

| 1a. DIV | 2a. PC | 3a. CC NUMBER |
|---|---|---|
| CID | 07 | 13-279-0952 |

| 4a. OFFENSE / INCIDENT | | 5a. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6a. DATE OF ORIGINAL REPORT |
|---|---|---|---|
| Arson – 1st Degree | A7 | Cohen, Jeffrey Brian | 10/6/2013 |

7s. SUPPLEMENT STATUS: [ ] CONTINUATION  OR  [X] FOLLOW-UP    8s. IF MULTIPLE CLEARANCES, LIST CC NUMBERS

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC.). ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY

| 9a. PAGE NO. N/A | 10a. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 5.a VICTIM [✓] ADULT [ ] JUVENILE |
|---|---|---|---|
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | |

| 11a. REF. BLOCK NUMBER | 12a. NARRATIVE | 6.b SHIELDING REQUESTED? [ ] YES [ ] NO |
|---|---|---|
| | Location: 1 Cooperfield Court, Phoenix, MD. 21131 / AT # 411-13-199 | |

Located on the second floor of the home itself, in the master bedroom, a hole was discovered cut into the drywall revealing a PVC water pipe. The plastic pipe was burned and the remains of several pieces of burned toilet paper were observed wrapped around a PVC joint. Inside the wall itself approximately two feet from this joint were the burned remains of a roll of toilet paper.

The scene was photographed using a Nikon Model #AW-100, Color Digital Camera and sketched.

### Findings:
A thorough examination of the fire scene was conducted. Using levels of scientific certainty as discussed in the 2011 edition of NFPA 921, A Guide for Fire and Explosion Investigations. I determined that the fire originated at three distinct areas in the garage and another in the wall of the master bathroom, located on the second floor of the home. All the fires were separate and not spread by conduction, convection, radiation or drop down and were determined to be incendiary in nature and were caused by the application of an open flame device to available combustible materials. The presence of an ignitable liquid may also have been a factor in these fires.

Damage to the property was estimated in excess of $50,000.00.

Investigation to continue.....

| SCREENING FACTORS | 13a. INITIAL SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 14a. CASE CONTINUANCE | | |
|---|---|---|---|---|---|---|---|---|---|
| | REVISED SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 16a. TOTAL SCREENING FACTORS | 0 | 15. CASE STATUS (CIRCLE ONE) OPEN X-CLEAR SUSP CLOSED |

| REPORT DISTRIBUTION | ATING OFFICER Detective Kurt D. Wilhelm #2760 | ID# | SUPERVISOR'S APPROVAL Sgt. K.J. Miller | ID# 2919 | 20a. DATE 10/22/13 |
|---|---|---|---|---|---|
| | REVIEW OFFICER | 22a. REPORTING AREA 070690 | 23a. DATE REC'D BY CENTRAL RECORDS OCT ? - | 24a. TELEX NUMBER | |

Form e11 (Rev. 04/08)

13-279-0952

## BALTIMORE COUNTY POLICE DEPARTMENT
### SUPPLEMENT

| | 1s. DIV | 2s. PC | 3s. CC NUMBER |
|---|---|---|---|
| | CID | 07 | 13-279-0952 |

| 4s. OFFENSE / INCIDENT | | 5s. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6s. DATE OF ORIGINAL REPORT |
|---|---|---|---|
| Arson – 1st Degree | A7 | Cohen, Jeffrey Brian | 10/6/2013 |

| 7s. SUPPLEMENT STATUS: | [ ] CONTINUATION   OR   [X] FOLLOW-UP | 8s. IF MULTIPLE CLEARANCES, LIST CC NUMBERS |
|---|---|---|

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC.) ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY

| 9s. PAGE NO. N/A | 10s. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 5.a VICTIM [✓] ADULT [ ] JUVENILE |
|---|---|---|---|
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | |
| 11s. REF BLOCK NUMBER | 12s. NARRATIVE | | 5.b SHIELDING REQUESTED? [ ] YES [ ] NO |
| | Location: 1 Cooperfield Court, Phoenix, MD. 21131 / AT # 411-13-199 | | |

SIDE B

```
                          WOOD
                           •
     ┌──────┐                         ┌─┐
     │REFRIG│                         │ │                    ┌─┐
     └──────┘         ← AREAS OF ORIGIN  CABINET             │ │  GAS CAN
         •                                                    └─┘
     CARDBOARD BOXES
                              GARAGE                         SIDE A

     ↑
     │
     TO HOME
                                   ▼
                                  ※※ •
                                  ※※
```

SIDE D

1 COOPERFIELD CT. 21131     CC# 13-279-0952

NOTE: DRAWING IS NOT TO SCALE    DRAWING BY: DET. KURT WILHELM #2760

| SCREENING FACTORS | 13s. INITIAL SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 14s. CASE CONTINUANCE CID | | |
|---|---|---|---|---|---|---|---|---|---|
| REVISED TOTAL | REVISED SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 16s. TOTAL SCREENING FACTORS | O | 17s. CASE STATUS |
| REPORT | ATING OFFICER Detective Kurt D Wilhelm #2760 | ID# | 19s. SUPERVISOR'S APPROVAL Sgt. C.J. Miller | ID# 2919 | 20s. DATE 10/22/13 | | | | OPEN / I-CLEAR / SUSP / CLOSED |
| | REVIEW OFFICER  JC 2942 | 22s. REPORTING AREA 070690 | 23s. DATE REC'D BY CENTRAL RECORDS | 24s. TELEX NUMBER | | | | | |

Form e11 (Rev. 04/08)                                        OCT 2 ...

# BALTIMORE COUNTY POLICE DEPARTMENT
## SUPPLEMENT

*"Integrity Fairness Service"*

| 1s. DIV | 2s. PC | 3s. CC NUMBER |
|---|---|---|
| CID | 07 | 13-279-0952 |

| 4. OFFENSE / INCIDENT | 5s. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6s. DATE OF ORIGINAL REPORT |
|---|---|---|
| Arson – 1st Degree    A7 | Cohen, Jeffrey Brian | 10/6/2013 |

7s. SUPPLEMENT STATUS: [ ] CONTINUATION OR [X] FOLLOW-UP    6s. IF MULTIPLE CLEARANCES, LIST CC NUMBERS

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC.) ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY

| 9s. PAGE NO. N/A | 10s. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 5.a VICTIM [✓] ADULT [ ] JUVENILE |
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | |
| 11s. REF. BLOCK NUMBER | 12s. NARRATIVE | Location: 1 Cooperfield Court, Phoenix, MD. 21131 / AT # 411-13-199 | 5.b SHIELDING REQUESTED? [ ] YES [ ] NO |

On October 6, 2013 at 1603 hours, Detective Kurt Wilhelm #2760 was contacted by the Baltimore County Fire Department A.D.O. and was requested to respond to the location to conduct an origin and cause investigation in reference to a dwelling fire. I arrived at the location a 1654 hours and met with Officer Moxley #4129 of Precinct 7 and Chief Stelmack of the Jacksonville Volunteer Fire Company.

The weather was clear and the temperature was approximately 82 degrees Fahrenheit. Winds were 6 mph from the ESE and the relative humidity was at 69%. Weather was not a factor in this fire.

### Interviews:
Chief Stelmack advised that Fire crews were dispatched at 1546 hours. Engine # 471 was the first engine on the scene. Upon arrival they observed heavy smoke coming from an attached 3 car garage at the location. The garage was located on the 'D' side of a large single family home. Firefighters observed that the three garage doors were in various stages of opening. Firefighters made entry through the garage doors and observed several "pockets" of unconnected fire. The fires were extinguished and after finding no obvious cause, a fire investigator was requested to respond.

Officer Moxley directed me to the homeowner's, Jeffrey and Crystal Cohen. Mr. Cohen advised that they were in the process of moving to another home in Reisterstown. He stated that he had been at the home removing lumber and other items from the house and garage. He stated that he left the home at about 3 p.m. A short time later he received a call from his father who stated that he had been contacted by the alarm company who advised that there had been a fire at the Cooperfield Court home. He and his wife returned and found the police and firefighters at the home. I asked Mr. Cohen if there had been any recent electrical problems at the home and he advised that there had not. I then asked him what would have been energized in the garage area. He stated that the only item plugged in was a refrigerator in the corner. He stated that he had purchased the refrigerator from Best Buy several years ago and has had some problems with it making noise. Cohen went on to say that there were some "flammable liquids" in the garage that the moving company would not transport. This included a red plastic gas can which was full of gas. He also stated that there were "combustibles" stored in the garage that included empty cardboard boxes he was using to pack items and lumber. Mr. Cohen advised that before leaving he ignited several "Black Cat" firecrackers to scare away birds on the property. He inquired if I thought that this may have started the fire and I advised him that I did not believe they were a factor. Mr and Mrs. Cohen advised that they do not smoke and that no one on the property that day had been smoking.

Mr. Cohen stated that before he left the property he secured the home and closed the garage doors. He did not notice anything unusual at that time. I then asked Mr. and Mrs. Cohen if they had any recent problems with any neighbors, relatives, co-workers or significant others. Both stated that they had had not had any problems with anyone

Cohen, Jeffrey Brian
M/W, DOB-6/12/75
2419 Long Ridge Road
Reisterstown, MD. 21136
C/P # 443-844-5068

| SCREENING FACTORS | 13. INITIAL SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 14s. CASE CONTINUANCE C&D | 25s. CC NUMBER 13-279-0952 |
|---|---|---|---|---|---|---|---|---|
| REVISED TOTAL | REVISED SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 16s. TOTAL SCREENING FACTORS 0 | 17s. CASE STATUS (CIRCLE ONE) OPEN X-CLEAR SUSP. CLOSED |
| REPORT DISTRIBUTION | REPORTING OFFICER Detective Kurt D. Wilhelm #2760 | ID# | 18s. SUPERVISOR'S APPROVAL SGT. K.J. Miller | | | ID# 2919 | 20s. DATE 10/22/13 | |
| | REVIEW OFFICER | 22s. REPORTING AREA 070690 | 23s. DATE REC'D BY CENTRAL RECORDS | | | 24s. TELEX NUMBER | | |

Form e11 (Rev. 04/08)

# BALTIMORE COUNTY POLICE DEPARTMENT
## WITNESS/STATEMENT FORM



LOCATION: 700 E. JOPPA RD. 21286
NAME: Jeff Cohen
ADDRESS: 2419 Long Ridge Rd.
CITY: Reisterstown
STATE: MD    ZIP: 21136
OFFICER'S NAME: DET. KURT WILHELM

CC NUMBER: 13-279-0952
AGE: 38    DOB: 6/12/75
PHONE NUMBER: 443-844-5069
WORK NUMBER: same
OTHER NUMBER:
ID#: 2760   ASSIGNMENT: CID

On Oct 6 my wife and I arrived at 1 Cooperfield Ct at approx. mid morning. We entered through the garage. We spent approx 1 hour collecting some personal items and carried to our car. I noticed several buzzards on our chimney so I lit fireworks to scare them off. We left after about an hour. I returned later that afternoon to get some of my tools from my workshop. I noticed more buzzards so I lit more of the black cats. I didn't notice anything unusual, I left approx 45 min later. I rec'd a call from my Father around 4pm to inform me that my Alarm company had called him and that there was a fire at the house. My wife and I drove to the house where we met w/ the fire dept.

SIGNATURE: [signature]
WITNESS: DET. Wilhelm #2760
DATE: 10/16/13    TIME: 1434 HRS.
WITNESS:
PAGE 1 of 1

Form 14A (Revised 02/2007)

# BALTIMORE COUNTY POLICE DEPARTMENT
## SUPPLEMENT

*"Integrity Fairness Service"*

| 1s. DIV | 2s. PC | 3s. CC NUMBER |
|---|---|---|
| CID | 07 | 13-279-0952 |

| 4s. OFFENSE / INCIDENT | | 5a. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6s. DATE OF ORIGINAL REPORT |
|---|---|---|---|
| Arson – 1st Degree | A7 | Cohen, Jeffrey Brian | 10/6/2013 |

| 7s. SUPPLEMENT STATUS: | [ ] CONTINUATION | OR | [X] FOLLOW-UP | 8s. IF MULTIPLE CLEARANCES, LIST CC NUMBERS |
|---|---|---|---|---|

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC.) ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY

| 9a. PAGE NO. N/A | 10s. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 5.a VICTIM [ ] ADULT |
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | [ ] JUVENILE |
| 11s. REF BLOCK NUMBER | 12s. NARRATIVE | Location: 1 Cooperfield Court, Phoenix, MD. 21131 / AT # 411-13-199 | 5.b SHIELDING REQUESTED? [ ] YES [ ] NO |

On October 11, 2013, Arson Immunity letters were sent to the ACE Insurance Company and Charles B. Hughes & Associates- Forensic Consultants. The homeowner, Jeffrey Cohen had advised that the property is insured by the ACE Insurance Company. Charles B. Hughes & Associates were retained by the ACE Insurance Company to conduct an independent origin and cause investigation at the location.

Detective Wilhelm contacted the American Alarm Company and learned that the alarm service on the property was discontinued on October 1, 2013 at the request of the homeowner, Jeffrey Cohen. No activations were received after that date. A request for the company's records on the Cooperfield property was made.

On October 14, 2013 at 2030 hours, I contacted Jeffrey Cohen and requested permission to re-enter the home for an additional examination of the fire scene, along with Charles B. Hughes the private fire investigator. Mr. Cohen advised that he would not be able to be present but agreed to allow the investigators to re-enter the property.

On October 15, 2013 at 1030 hours, I returned to the fire scene and conducted an additional examination of the fire scene along with Charles Hughes. Additional photographs were taken of the fire scene. Mr. Hughes advised that his independent investigation also determined that the fires were incendiary in nature.

On October 16, 2013 at 1400 hours, Jeffrey Cohen responded to Baltimore County Police Headquarters for a second interview. This interview was conducted on the 10th floor of the P.S.B. and was video and audio recorded in Room 'A'.

Mr. Cohen advised that he and his wife went to the Cooperfield Court home about mid-morning on October 6th. He stated that they entered through the garage and spent about an hour collecting personal items. As he was leaving he noticed several buzzards on one of the chimneys so he lit several "Black Cats" (firecrackers) to scare them away. He stated that they left the location in his white, Lexus SUV. Later that afternoon he returned alone to get some tools. He stated that he noticed more buzzards, so he lit some more "Black Cats" (firecrackers) before he left again. He stated that he did not notice anything unusual at that time and estimated that he had been at the home for about 45 minutes and reported waving to a neighbor when he left. Cohen stated that he went to the Long Ridge Road home and around 4 p.m. he received a phone call from his father, Neal Cohen who told him that the alarm company had called him and said there had been a fire at the Cooperfield house. Cohen stated that he and his wife then drove to the house where they met with firefighters and police.

Mr. Cohen advised that he had lived in the Cooperfield home a little over a year, with his wife and two dogs. They moved to another home that he owned on Long Ridge Road in Reisterstown about 3 weeks ago. He planned to do a 2 million dollar renovation to the Cooperfield Court home and had also planned to take in a tenant and use the property as his office during the renovation. I asked Cohen if there had been any electrical or appliance problems at the home and he stated that there had not. I then asked him if the alarm system was active and he stated that it was. He said that he had some problems with the motion sensors which were battery operated and often would send false alarms. I then asked who had the alarm code. He advised that other than his wife, his housekeeper, Roxanna Martinez had the code and maybe a dog walker service. Cohen stated that the housekeeper has a key and advised that he had changed the locks when he moved into the home.

| SCREENING FACTORS | 13s. INITIAL SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 14s. CASE CONTINUANCE UD | | |
|---|---|---|---|---|---|---|---|---|---|
| REVISED TOTAL | REVISED SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 16s. TOTAL SCREENING FACTORS | 0 | 18s. CASE STATUS (CIRCLE ONE) OPEN |
| 17s. REPORT DISTRIBUTION | REPORTING OFFICER Detective Kurt D. Wilhelm #2760 | | ID# | 19s. SUPERVISOR'S APPROVAL Sgt. C.J. Miller | | ID# 2919 | 20s. DATE 10/23/13 | | X-CLEAR |
| OTHER PC | REVIEW OFFICER 4954 | 22s. REPORTING AREA 070690 | | 23s. DATE REC'D BY CENTRAL RECORDS OCT 25 2013 | | 24s. TELEX NUMBER | | | SUSP CLOSED |

13-279-0952

Form e11 (Rev 04/08)

# BALTIMORE COUNTY POLICE DEPARTMENT
## SUPPLEMENT

*"Integrity  Fairness  Service"*

| 1a. DIV | 2a. PC | 3a. CC NUMBER |
|---|---|---|
| CID | 07 | 13-279-0952 |

| 4. OFFENSE / INCIDENT | | 5a. VICTIM / FIRM / COMPLAINANT NAME (LAST, FIRST, MIDDLE) | 6a. DATE OF ORIGINAL REPORT |
|---|---|---|---|
| ~on – 1ˢᵗ Degree | A7 | Cohen, Jeffrey Brian | 10/6/2013 |

| 7. SUPPLEMENT STATUS: [ ] CONTINUATION   OR   [X] FOLLOW-UP | 8a. IF MULTIPLE CLEARANCES, LIST CC NUMBERS |
|---|---|

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION (CLARIFY DATA, SCREENING FACTORS PROBABLE CAUSE, ETC.) ENTER ANY INFORMATION THAT IS PERTINENT. DO NOT SUMMARIZE UNLESS NECESSARY

| 9a. PAGE NO. N/A | 10a. ARREST DATA | NAME (LAST, FIRST, MIDDLE) | 5.a VICTIM [ ] ADULT |
|---|---|---|---|
| | | BOOKING NUMBER / UID NUMBER / MISCELLANEOUS INFORMATION | [ ] JUVENILE |

| 11a. REF. BLOCK NUMBER | 12a. NARRATIVE  Location: 1 Cooperfield Court, Phoenix, MD. 21131 / AT # 411-13-199 | 5.b SHIELDING REQUESTED? [ ] YES [ ] NO |
|---|---|---|

Detective Wilhelm asked him what flammable liquids and combustible materials were stored in the garage. Cohen said that there were one or two red gas cans in the garage which were full of gasoline. He said that these were kept for his generator in case he lost power. He stated that there were approximately ten cardboard boxes near the door which entered to the house in front of the refrigerator and about a dozen pieces of 2" x 4" lumber near the side of the refrigerator. He added that there were several small propane cylinders used for camping also stored in the garage.

Detective Wilhelm then asked Mr. Cohen about a fire in the wall of the master bathroom and inquired if he had been attempting to work on the water pipe. Cohen stated that he was embarrassed to say that the damage was caused by a "mishap" with a candle. He did not elaborate further.

Detective Wilhelm asked Mr. Cohen if his payments were up to date on the mortgage and he advised that they were. He reported no financial problems and advised that he owns and operates 17 companies. I then told Mr. Cohen that the investigation had determined that the fires were deliberately set, and asked if he had any idea of anyone who would be responsible for doing this. Mr. Cohen advised that he is a business man and has many enemies because of his business dealings but did not think anyone would resort to doing something like this. He stated that he is also currently involved in a dispute with the Board of Directors of a company which he founded but does not think that this is related.

A written statement was obtained from Jeffrey Cohen.

The interview concluded at 1445 hours.

Investigation to continue....

| SCREENING FACTORS | 13a. INITIAL SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 14a. CASE CONTINUANCE CID | |
|---|---|---|---|---|---|---|---|---|
| REVISED TOTAL | REVISED SCREENING FACTOR | A. 0 | B. 0 | C. 0 | D. 0 | E. 0 | 15a. TOTAL SCREENING FACTORS  0 | 15a. CASE STATUS |

| 17. REPORTING OFFICER  Detective Kurt D. Wilhelm #2760 | ID# | 19. SUPERVISOR'S APPROVAL  Sgt. K.J. Miller | ID# 2919 | 20a. DATE 10/23/13 | (OPEN) X-CLEAR |
|---|---|---|---|---|---|
| REVIEW OFFICER  4954 | 22a. REPORTING AREA  070690 | 23a. DATE REC'D BY CENTRAL RECORDS  OCT 25 /13 | 24a. TELEX NUMBER | | SUSP. CLOSED |

13-279-0952

Form e11 (Rev. 04/08)