IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY B. COHEN | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-313 |
| | * | |
| BANKERS STANDARD INSURANCE | * | |
| COMPANY d/b/a ACE PRIVATE RISK | * | |
| SERVICES | * | |

\*\*\*\*\*\*

## MEMORANDUM

Defendant has filed a motion for summary judgment. Plaintiff has not responded to the motion.

It appears from the certificate of service that defendant did not send a copy of the motion's supporting papers to plaintiff at his most recent address. Of course, it is the obligation of plaintiff to keep his current address on file with the court. However, due to the circumstances described in the next paragraph it is understandable that plaintiff has not met this requirement.

Plaintiff was recently arrested and is incarcerated at the Chesapeake Detention Facility. Defendant seems to be aware of that fact in light of the fact that in its memorandum in support of its motion it refers to plaintiff's arrest and incarceration.

The criminal charges against plaintiff do not directly relate to the matters in dispute in this case. However, it may be that responding to the contentions made by defendant in its memorandum in support of its summary judgment would jeopardize plaintiff's Fifth Amendment rights. Therefore, unless I am advised by plaintiff on or before August 28, 2014 that he would like to respond to defendant's motion for summary judgment, I will administratively close this case, subject to being reopened by plaintiff within fourteen days of the final disposition of the

1

criminal charges against him. If plaintiff does want to respond to defendant's motion, he should do so on or before September 18, 2014.[1]

Date: 8/14/14

/s/
J. Frederick Motz
United States District Judge

AT BALTIMORE
CLERK'S OFFICE
2014 AUG 13 A 9: 38

---

[1] Defendant is hereby directed to mail a copy of its motion and supporting papers to plaintiff at the Chesapeake Detention Facility.

2