UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 19, 2014

    MEMO TO COUNSEL RE:  Jeffrey B. Cohen v. Bankers Standard Ins. Co.
                                       Civil No. JFM-14-313

Dear Counsel:

    On August 13, 2014, I entered a memorandum and order in connection with a motion for summary judgment that had been filed by defendant.

    In my memorandum and order I neglected to rule upon an earlier motion for sanctions that defendant had filed.  I am enclosing a copy of that motion with a copy of this letter to Mr. Cohen.

    Mr. Cohen is directed to respond to the motion for sanctions on or before September 5, 2014.  If he does not do so (or if I am satisfied that despite what he says in his opposition the motion is meritorious), the motion will be granted.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                                                   Very truly yours,

                                                                   /s/

                                                                   J. Frederick Motz
                                                                   United States District Judge