**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 23, 2014

    MEMO RE:  Jeffrey B. Cohen v. Bankers Standard Ins. Co.
                       Civil No. JFM-14-313

Dear Mr. Cohen and Counsel:

    I have reviewed the memoranda submitted in connection with plaintiff's motion to stay.

    The motion to stay is denied.  If plaintiff wants to respond to the pending motion for summary judgment or motion for sanctions, he must do so on or before November 14, 2014.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                                        Very truly yours,

                                                        /s/

                                                        J. Frederick Motz
                                                        United States District Judge