UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 9, 2014

MEMO RE:  Jeffrey B. Cohen v. Bankers Standard Ins. Co.
Civil No. JFM-14-313

Dear Mr. Cohen and Counsel:

Mr. Cohen has sent me a letter dated November 17, 2014. I have enclosed a copy of that letter for defense counsel.

Mr. Cohen must respond to the motion for summary judgment and motion for sanctions on or before December 23, 2014. If he does not oppose the motions, the motions may be granted and this action may be dismissed with prejudice.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 DEC -9  PM 3:13

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY