# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 5, 2015

MEMO RE:  Jeffrey B. Cohen v. Bankers Standard Ins. Co.
Civil No. JFM-14-313

Dear Counsel:

Reference is made to Mr. Cohen's letter of September 15, 2015.

I am reluctant to order any party to engage in mediation if that party does not believe that a mediation conference could be successful.  Please advise me on or before October 23, 2015 as to whether you believe that a mediation conference in this case will be helpful.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

cc:  Jeffrey B. Cohen