**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JEFFREY B. COHEN                           *
                                          *
                                          *
                v.                        *            Civil No. – JFM-14-313
                                          *
BANKERS STANDARD INSURANCE                *
COMPANY d/b/a ACE PRIVATE RISK            *
SERVICES                                  *
                                      ******

### MEMORANDUM

Plaintiff has instituted this action to recover funds allegedly due under an insurance policy issued by defendant. Defendant has moved for summary judgment. The motion will be granted.

In light of plaintiff's status as a criminal defendant, this court has entered various extensions permitting him time to respond to defendant's motion. The discovery deadline imposed by this court has now expired. Plaintiff has not responded to defendant's motion asserting any facts learned during discovery. At the least, plaintiff has failed to cooperate with defendant in the processing of his claims. Thus, he is barred from pursuing those claims.

A separate order granting defendant's motion is being entered herewith.

Date: 10/27/15

_____
J. Frederick Motz
United States District Judge

BY_____DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2015 OCT 27 AM 11: 48
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED